**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| x | |
| : | |
| BUILDING TRADES PENSION FUND OF : | No. 1:20-cv-05635-NRB |
| WESTERN PENNSYLVANIA, Individually : | |
| and on Behalf of All Others Similarly Situated, : | Judge Naomi Reice Buchwald |
| : | |
| Plaintiff, : | CLASS ACTION |
| : | |
| v. : | ORAL ARGUMENT REQUESTED |
| : | |
| INSPERITY, INC., PAUL J. SARVADI, and : | |
| DOUGLAS S. SHARP, : | |
| : | |
| Defendants. : | |
| : | |
| x | |

**NOTICE OF MOTION OF WAYNE COUNTY EMPLOYEES'
RETIREMENT SYSTEM AND OKLAHOMA LAW ENFORCEMENT
RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Wayne County Employees' Retirement System ("Wayne County") and Oklahoma Law Enforcement Retirement System ("OLERS"), will move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on a date and at such time as may be designated by the Court, for the entry of an Order: (i) appointing Wayne County and OLERS as Lead Plaintiff; (ii) approving Wayne County and OLERS' selection of Labaton Sucharow LLP ("Labaton Sucharow") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Wayne County and OLERS are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Wayne County and OLERS have the "largest financial interest" in the relief sought by the Class in this action.  Wayne County and OLERS also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims, and because Wayne County and OLERS will fairly and adequately represent the Class. Further, Wayne County and OLERS are the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Wayne County and OLERS respectfully request that the Court grant their motion and enter an Order: (i) appointing Wayne County and OLERS as Lead Plaintiff; (ii) approving Wayne County and OLERS' selection of Labaton Sucharow and Cohen Milstein as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

DATED:  September 21, 2020

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Susan G. Taylor
1100 New York Ave., N.W. Suite 500
West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstien.com
sgtaylor@cohenmilstein.com

*Counsel for Proposed Lead Plaintiff and
Proposed Lead Counsel for the Class*