**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ————————————————— x<br>                             :<br>BUILDING TRADES PENSION FUND OF  :<br>WESTERN PENNSYLVANIA, Individually  :<br>and on Behalf of All Others Similarly Situated, :<br>                             :<br>          Plaintiff,    :<br>                             :<br>   v.                 :<br>                             :<br>INSPERITY, INC., PAUL J. SARVADI, and  :<br>DOUGLAS S. SHARP,    :<br>                             :<br>         Defendants.    :<br>                             :<br>————————————————— x | No. 1:20-cv-05635-NRB<br><br>Judge Naomi Reice Buchwald<br><br>CLASS ACTION |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM AND OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow").  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Wayne County Employees' Retirement System ("Wayne County") and Oklahoma Law Enforcement Retirement System ("OLERS"), for the entry of an Order: (i) appointing Wayne County and OLERS as Lead Plaintiff; (ii) approving Wayne County and OLERS' selection of Labaton Sucharow and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of Wayne County and OLERS, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying Wayne County and OLERS's transactions in Insperity, Inc. common stock during the Class Period;

EXHIBIT C:   Joint Declaration of Gerard Grysko and Duane Michael;

EXHIBIT D:   Notice of the above-captioned action issued on *Business Wire*, on July 21, 2020;

EXHIBIT E:   Firm Resume of Labaton Sucharow; and

EXHIBIT F:   Firm Resume of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of September, 2020

*/s/ Francis P. McConville*
Francis P. McConville