**Exhibit A**

**CERTIFICATION**

I, Gerard Grysko, as Deputy Director of Wayne County Employees' Retirement System ("Wayne County"), hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of Wayne County.  I have reviewed a complaint filed against Insperity, Inc. ("Insperity") alleging violations of the federal securities laws, and authorize the filing of this motion for Lead Plaintiff;

2.     Wayne County did not purchase common stock of Insperity at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.     Wayne County is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Wayne County fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.     Wayne County's transactions in Insperity common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.     Wayne County sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Bhatt v. Tech Data Corp.*, No. 8:17-cv-2185 (M.D. Fla.)
*In re Frontier Communications, Corp. Stockholders Litigation*, No. 3:17-cv-1617 (D. Conn.)
*Chun v. Fluor Corp.*, No. 3:18-cv-1338 (N.D. Tex.)
*Wayne County Employees' Retirement System v. Mavenir, Inc. f/k/a Xura, Inc.*, No. 1:18-cv-1229 (D. Del.)
*In re DXC Technology Co. Securities Litigation*, No. 1:18-cv-1599 (E.D. Va.)
*Cambridge Retirement System v. EQT Corp.*, No. 2:19-cv-0754 (W.D. Penn.)
*Safadi v. Uniti Group Inc.*, No. 4:19-cv-0756 (E.D. Ark.)

6.     Wayne County sought to serve as a representative party but not as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Kanefsky v. Honeywell International Inc.*, No. 2:18-cv-15536 (D.N.J.)

7.      Beyond its pro rata share of any recovery, Wayne County will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __21st__ day of September, 2020.

_____
Gerard Grysko
*Deputy Director*
*Wayne County Employees' Retirement System*

**EXHIBIT A**

**TRANSACTIONS IN INSPERITY, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 06/05/19 | 3,200.00 | $118.82 | ($380,225.60) |
| Purchase | 07/30/19 | 1,800.00 | $103.96 | ($187,122.60) |
| Purchase | 11/15/19 | 4,200.00 | $72.16 | ($303,070.74) |



**STATE OF OKLAHOMA**

**OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM**

## CERTIFICATION OF DUANE MICHAEL IN SUPPORT OF OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL

Oklahoma Law Enforcement Retirement System ("OLERS") declares as to the claims asserted under the federal securities laws, that:

1. I, Duane Michael, Executive Director at OLERS, am authorized to make legal decisions on behalf of OLERS with regard to this action.

2. OLERS did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. OLERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), OLERS purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. OLERS has full power and authority to bring suit to recover for its investment losses.

6. OLERS has fully reviewed the facts and allegations of a complaint filed in this action.

7. OLERS has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. OLERS intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. OLERS will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. OLERS was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *Oklahoma Law Enforcement Ret. Sys. v. Telefonaktiebolaget LM Ericsson*, No. 1:18-cv-03021 (S.D.N.Y.)

    b. *Danker v. Papa John's International, Inc., et al.*, No. 1:18-cv-07927 (S.D.N.Y.)

    c.  *In re Floor & Decor Holdings, Inc. Securities Litigation*, No. 1:19-cv-2270 (N.D. Ga.)

    d.  *Logan v. ProPetro Holding Corp. et al*, No. 7:19-cv-00217 (W.D. Tex.)

11.    OLERS also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a.  *Mullins v. AZZ, Inc., et al.*, No. 4:18-cv-00025 (N.D. Tex.)

12.    OLERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

    Executed this __18th__ day of September, 2020.

**Oklahoma Law Enforcement Retirement System**

By: _____

Duane Michael
Executive Director

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/14/2019 | Purchase | 300 | 122.3161 |
| 6/14/2019 | Purchase | 200 | 121.9351 |
| 6/14/2019 | Purchase | 300 | 122.3582 |
| 6/14/2019 | Purchase | 200 | 122.1566 |
| 6/17/2019 | Purchase | 200 | 122.2765 |
| 6/17/2019 | Purchase | 200 | 122.3654 |
| 6/18/2019 | Purchase | 200 | 122.6188 |
| 6/19/2019 | Purchase | 200 | 123.3861 |
| 6/20/2019 | Purchase | 200 | 122.8093 |
| 6/20/2019 | Purchase | 200 | 122.659 |
| 6/21/2019 | Purchase | 300 | 122.8306 |
| 6/25/2019 | Purchase | 500 | 121.6722 |
| 6/26/2019 | Purchase | 300 | 120.4336 |
| 6/28/2019 | Purchase | 400 | 122.001 |
| 7/1/2019 | Purchase | 332 | 123.7638 |
| 7/19/2019 | Purchase | 325 | 136.2724 |
| 9/11/2019 | Purchase | 551 | 102.386 |
| 9/24/2019 | Purchase | 326 | 96.6759 |
| 11/14/2019 | Purchase | 532 | 70.6302 |
| 12/18/2019 | Sale | (494) | 85.1 |
| 1/28/2020 | Sale | (200) | 91.2338 |
| 1/28/2020 | Sale | (155) | 91.3318 |
| 2/6/2020 | Purchase | 756 | 89.3189 |