# Exhibit B

## LOSS ANALYSIS
**Class Period: 2/11/2019 to 2/11/2020**

## INSPERITY, INC.

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| NSP | 45778Q107 | 2007281 | US45778Q1076 | $49.7777 [1] |

### Wayne County Employees' Retirement System

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 02/11/19 | 0 | | |
| | | | | |
| Purchase | 06/05/19 | 3,200 | $118.8205 | ($380,225.60) |
| Purchase | 07/30/19 | 1,800 | $103.9570 | ($187,122.60) |
| Purchase | 11/15/19 | 4,200 | $72.1597 | ($303,070.74) |
| *Class Period purchases:* | | *9,200* | | *($870,418.94)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 9,200 | $49.7777 | $457,955.23 |

**LIFO (Loss)/Gain:**  **($412,463.71)**

[1] *Value of shares held is the mean trading price from 2/12/2020 to 5/11/2020.*

## Oklahoma Law Enforcement Retirement System

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 02/11/19 | 0 | | |
| | | | | |
| Purchase | 06/14/19 | 300 | $122.3161 | ($36,694.83) |
| Purchase | 06/14/19 | 200 | $121.9351 | ($24,387.02) |
| Purchase | 06/14/19 | 300 | $122.3582 | ($36,707.46) |
| Purchase | 06/14/19 | 200 | $122.1566 | ($24,431.32) |
| Purchase | 06/17/19 | 200 | $122.2765 | ($24,455.30) |
| Purchase | 06/17/19 | 200 | $122.3654 | ($24,473.08) |
| Purchase | 06/18/19 | 200 | $122.6188 | ($24,523.76) |
| Purchase | 06/19/19 | 200 | $123.3861 | ($24,677.22) |
| Purchase | 06/20/19 | 200 | $122.8093 | ($24,561.86) |
| Purchase | 06/20/19 | 200 | $122.6590 | ($24,531.80) |
| Purchase | 06/21/19 | 300 | $122.8306 | ($36,849.18) |
| Purchase | 06/25/19 | 500 | $121.6722 | ($60,836.10) |
| Purchase | 06/26/19 | 300 | $120.4336 | ($36,130.08) |
| Purchase | 06/28/19 | 400 | $122.0010 | ($48,800.40) |
| Purchase | 07/01/19 | 332 | $123.7638 | ($41,089.58) |
| Purchase | 07/19/19 | 325 | $136.2724 | ($44,288.53) |
| Purchase | 09/11/19 | 551 | $102.3860 | ($56,414.69) |
| Purchase | 09/24/19 | 326 | $96.6759 | ($31,516.34) |
| Purchase | 11/14/19 | 532 | $70.6302 | ($37,575.27) |
| Purchase | 02/06/20 | 756 | $89.3189 | ($67,525.09) |
| *Class Period purchases:* | | *6,522* | | *($730,468.91)* |
| | | | | |
| Sale | 12/18/19 | -494 | $85.1000 | $42,039.40 |
| Sale | 01/28/20 | -38 | $91.2338 | $3,466.88 |
| Sale | 01/28/20 | -162 | $91.2338 | $14,779.88 |
| Sale | 01/28/20 | -155 | $91.3318 | $14,156.43 |
| *Class Period sales (matched to Class Period purchases):* | | *-849* | | *$74,442.59* |
| | | | | |
| | Shares Held: | 5,673 | $49.7777 | $282,389.13 |

| | |
|---|---|
| **LIFO (Loss)/Gain:** | **($373,637.19)** |
| **Total LIFO (Loss)/Gain:** | **($786,100.90)** |
| **Total Shares Bought:** | **15,722** |
| **Total Net Shares:** | **14,873** |
| **Total Net Expenditures:** | **($1,526,445.26)** |