UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:20-cv-05635-NRB |
| | : | CLASS ACTION |
| Plaintiff, | : : | NOTICE OF OAKLAND COUNTY FUNDS' MOTION FOR APPOINTMENT AS LEAD |
| vs. | : : | PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD |
| INSPERITY, INC., PAUL J. SARVADI and DOUGLAS S. SHARP, | : : | COUNSEL |
| Defendants. | : : | |
| | x | |

4824-5776-6860.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust ("Oakland County Funds") will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an order appointing the Oakland County Funds as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Oakland County Funds submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  September 21, 2020            ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                      SAMUEL H. RUDMAN
                                      DAVID A. ROSENFELD


                                           *s/ David A. Rosenfeld*
                                      DAVID A. ROSENFELD

                                      58 South Service Road, Suite 200
                                      Melville, NY  11747
                                      Telephone:  631/367-7100
                                      631/367-1173 (fax)
                                      srudman@rgrdlaw.com
                                      drosenfeld@rgrdlaw.com

- 1 -

4824-5776-6860.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
AARON L. CASTLE
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
acastle@vmtlaw.com

WATKINS, PAWLICK, CALATI & PRIFTI, PC
DEREK L. WATKINS
1423 E. Twelve Mile Road
Madison Heights, MI  48071
Telephone:  248/658-0797
248/658-0801 (fax)
dwatkins@wpcplaw.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 21, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4824-5776-6860.v1

# Mailing Information for a Case 1:20-cv-05635-NRB Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`