**Robbins Geller**
**Rudman & Dowd** LLP

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

September 21, 2020

<u>VIA ECF</u>

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan U.S. Courthouse
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: *Building Trades Pension Fund of W. Pa. v. Insperity, Inc..*, No. 1:20-cv-05635-NRB

Dear Judge Buchwald:

   We represent proposed lead plaintiff Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust (the "Oakland County Funds" and respectfully submit this letter pursuant to Your Honor's Individual Practices regarding the Oakland County Funds' Motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") for appointment as lead plaintiff and approval of selection of counsel.

   The Oakland County Funds request appointment as lead plaintiff pursuant to the PSLRA based on its satisfaction of the statutory criteria for appointment.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  The Oakland County Funds' Motion has been filed by the statutory deadline, they suffered a substantial loss, and they satisfy the Rule 23 typicality and adequacy requirements.  The Oakland County Funds have also selected qualified lead counsel to represent the class.  *See* 15 U.S.C. §78u-4(a)(3)(B)(v).

   Accordingly, we respectfully request that Your Honor grant the Oakland County Funds' Motion.

      Respectfully submitted,

      DAVID A. ROSENFELD

DAR:

  58 South Service Road Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com