# EXHIBIT C

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Karimian v. Alkermes plc,* No. 1:18-cv-07410 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

INSPERITY

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __21st__ day of September, 2020.

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND

By: _____

James Beno, Chairman

- 2 -

INSPERITY

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/15/2019 | 1,109 | $113.79 |
| 06/21/2019 | 999 | $121.39 |
| 07/25/2019 | 5,329 | $139.75 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/15/2019 | 616 | $126.55 |
| 03/18/2019 | 681 | $123.17 |
| 07/23/2019 | 506 | $138.45 |
| 08/28/2019 | 999 | $94.12 |
| 09/17/2019 | 874 | $100.42 |
| 12/03/2019 | 459 | $77.01 |

Prices listed are rounded up to two decimal places.

*Opening position of 1,568 shares.

Movant's Purchases and Losses
Case 1:20-cv-05635-NRB    Document 16-3    Filed 09/21/20    Page 5 of 5
Class Period: 02/11/2019 - 02/11/2020
Insperity

| Name | Date | Shares Acquired | Price | Total Cost | | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Automotive Industries Pension Trust Fund** | 05/15/2019 | 1,109 | $113.79 | $126,198.43 | 07/23/2019 | 235 | $138.45 | $32,535.43 | |
| | 06/21/2019 | 999 | $121.39 | $121,272.51 | 08/28/2019 | 999 | $94.12 | $94,028.93 | |
| | 07/25/2019 | 5,329 | $139.75 | $744,736.81 | 09/17/2019 | 874 | $100.42 | $87,770.68 | |
| | | | | | 12/03/2019 | 459 | $77.01 | $35,349.88 | |
| | | | | | held | 4,870 | $49.78 | $242,417.60 | |
| **Movant's Total** | | **7,437** | | **$992,207.75** | | **7,437** | | **$492,102.52** | **($500,105.23)** |

Calculated pursuant to 15 U.S.C. §78u-4(e)(1)

Prices listed are rounded up to two decimal places.