```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
BUILDING TRADES PENSION FUND OF WESTERN
PENNSYLVANIA,

                Plaintiff,

        - against -
                                                    ORDER
INSPERITY, INC., PAUL J. SARVADI, and
DOUGLAS S. SHARP,                              20 Civ. 5635 (NRB)

                Defendants.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated February 1, 2021 and February 22, 2021, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiffs are reminded that if, consistent with Rule 11, they can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiffs to assert them now, before briefing on the proposed motion. Plaintiffs are thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties shall file their submissions consistent with the Stipulation and Scheduling Order dated November 5, 2020.

**SO ORDERED.**

Dated:   New York, New York
         February 26, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE