**Appendix A: Statements Alleged to Be Fraudulent**

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 60 | 2/11/19 | Press Release | As a result of our successful fall selling and retention campaign, we are starting 2019 with 15% worksite employee growth and *are well positioned to continue our strong financial performance.* | Non-Actionable Opinion; Puffery |
| 61 | 2/11/19 | Earnings Call | This year, we expect to open 9 new offices to support 14% growth in trained BPAs. We will enter new markets, including Portland, Tampa, Las Vegas, Sacramento, and Providence, with the balance adding new offices in existing markets. We're also entering this year with new confidence in our mid-market segment coming off quite a step up in effectiveness last year. *Success in mid-market sales allows us to grow worksite employees at a faster rate than we grow the BPA team.* This improvement in sales efficiency is important to the overall business model and our ability to improve our operating leverage in the future. | Non-Actionable Opinion |
| 61 | 2/11/19 | Earnings Call | [Analyst:] And then with the expanded client solution side as well as the enhanced training, are you actually seeing an increase in BPA retention rates? [Sarvadi:] Yes. *We've seen what I'd call a kind of a step-up improvement in retaining our BPAs for a long time.* First 30 years in business or 28 maybe years in business, we were north of 30%, around the 30% to 35% mid, sometimes even as high as that. And we're more in the 26%, 27% retention and I think we have room for improvement there. Success breeds success, people are doing well and you're able to retain BPAs more effectively. | No False Statement of Fact |

---

[1] Bolding and italics are as they appear in the CAC. This chart adds surrounding context to the excerpted Challenged Statements.

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 62 | 2/11/19 | Earnings Call | We are always conservative in our routine budget process.  So we'll start this year with the lower expectation in our guidance for gross profit per employee than last year's results and allow for upside as we continue to manage pricing cost over the course of this year.  ***So when you put the entire picture together, our starting point in paid worksite employees supports our expectation for 14% to 16% unit growth for 2019.***  We expect continuing strong sales and retention, our controllable factors, and we have incorporated a slightly lower contribution from new hires and layoffs just to be conservative. | Non-Actionable Opinion;  Forward-Looking Statement |
| 62 | 2/11/19 | Earnings Call | Now let me provide our 2019 guidance, beginning with the full year.  Paul just mentioned, we are forecasting a 14% to 16% increase in average paid worksite employees over 2018 to a range of 238,400 to 242,600.  Our forecast is based upon our successful year-end transition of new and renewing accounts, ***15% growth in the average number of trained Business Performance Advisors while maintaining recent sales efficiency levels, and continued success in our mid-market client segment.*** | Non-Actionable Opinion;  Forward-Looking Statement |
| 63 | 2/11/19 | Earnings Call | Positive results in these areas was partially offset by slightly higher-than-expected Q4 medical claims. | No False Statement of Fact |
| 63 | 2/11/19 | Earnings Call | [Analyst:] I was just thinking about last year the severity and incidents on the health-care side were really favorable.  So I was just wondering for assuming that the health-care costs on a per employee basis are probably going to be a little bit -- maybe a little bit higher than they were last year, that ...  [Sarvadi:] Yes.  We look at the trend on that.  That's with ***underlying claims in there and kind of build it on a year-over-year basis.  So yes, we would expect that to be down a little bit because it was so exaggerated last year.***  Does that make[ ] sense? | Non-Actionable Opinion;  Forward-Looking Statement |

2

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 63 | 2/11/19 | Earnings Call | [Analyst:] You had a 2% growth in health benefits trend last year, what are you kind of thinking this year?<br><br>[Sarvadi:] We're kind of looking at -- again, being conservative at the beginning of the year around 3%.  So look at a range of around 2.5% to 3.5% .... | Non-Actionable Opinion;<br><br>Forward-Looking Statement |
| 63 | 2/11/19 | Earnings Call | For the full year 2019, we are budgeting client retention consistent with 2018 and slightly less net hiring in our client base, as we intend to take a more conservative approach to this metric at the outset of the year.  As for our gross profit area, ***we have gone through our usual budget process of analyzing client mix, pricing and direct cost, including healthcare and workers compensation claim trends.***<br><br>Similar to prior years, our ***budget process is intended to begin the year with a conservative forecast for direct cost trends*** and leave the upside to favorable developments as we manage pricing and direct cost over the course of the year.  Our operating plan includes further investment in our growth, including the hiring of Business Performance Advisors, opening of nine new sales offices and incremental marketing programs.  Also, as we execute our long-term growth plan, we will continue to invest in our software with a service model with personnel and technology infrastructure, security and development.  The combination of improved worksite employee growth, stable gross profit and continued investment and operating leverage leads to our forecast of a 12% to 19% increase in adjusted EBITDA from $240 million in 2018 to a range of $268 million to $285 million for 2019. | No False Statement of Fact;<br><br>Non-Actionable Opinion |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 64 | 2/11/19 | Earnings Call | Another important measure of a successful fall campaign for Insperity is the effect on pricing of the book of business, after accounting for the volume of new sales, client renewals and client terminations occurring at year end. ***We are able to see the full picture of this change each year in the first week of February, and we can confirm we are in excellent shape for the starting point for 2019.  This view into pricing includes all the elements of our direct costs, including benefits,*** payroll tax and workers compensation allocation in addition to HR service fees and other smaller items. | No False Statement of Fact;  Puffery |
| 65 | 2/11/19 | 10-K | The discussion and analysis of our financial condition and results of operations is based upon our Consolidated Financial Statements, which have been prepared in accordance with accounting principles generally accepted in the United States ("GAAP").  The preparation of these financial statements requires our management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses, and related disclosure of contingent assets and liabilities. ***On an ongoing basis, we evaluate these estimates, including those related to health and workers' compensation insurance claims experience***, client bad debts, income taxes, property and equipment, goodwill and other intangibles, and contingent liabilities.  We base these estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources.  Actual results may differ from these estimates. | No False Statement of Fact |
| 72 | 4/29/19 | Press Release | ***"Our record first quarter results reflect the strength of our business model and continued excellent execution of our strategic plan,"*** said Paul J. Sarvadi, Insperity chairman and chief executive officer.  ***"These results further demonstrate the sustainability of our rapid growth and profitability experienced over the last several years into 2019."*** | Non-Actionable Opinion;  Puffery |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 73 | 4/29/19 | Earnings Call | Now new sales in Q1 came in at 112% of budget, with both core and mid-market outperforming expectations.  Activity was strong with a 17% increase in business profiles or opportunities to bid our services, driven by a 10% increase in trained Business Performance Advisors.  ***The size and maturity of our sales organization, combined with our mid-market sales success, is now allowing us to grow the number of worksite employees at a faster rate than the growth rate of the number of BPAs.***  This more efficient growth model, as we continue -- this is a more efficient growth model as we continue to get leverage in the sales side of our business.  ***We expect to continue to ramp up the number of BPAs as we open up 9 new offices this year, targeting an average increase in trained BPAs of 13% for the full year.*** | Non-Actionable Opinion; Forward-Looking Statement |
| 73 | 4/29/19 | Earnings Call | [Analyst:] Okay.  And on the BPAs, could you kind of give us an update of where we are now in terms of trained BPAs and total BPAs and kind of where you're going?  And then I'll get back in the queue?<br><br>[Sarvadi:] Sure.  Yes, first quarter of the year, of course, we have our sales convention and you do a little bit of housecleaning, if you will, on the BPA count.  ***But in the first quarter, we're basically where we intend to be.***  We're on the total BPA count in that little -- around 550 or 560, and then trained BPAs are always about 90% of that.  We will ramp up over the course of the year to where our average for the year, ***we're expecting around 13% increase year-over-year.*** | No False Statement of Fact; Non-Actionable Opinion; Forward-Looking Statement |
| 74 | 4/29/19 | Earnings Call | [Analyst:] And then one thing that perhaps is confusing to some is your net revenue increased 13.7% on a 15.3% increase in WSEEs.  Can you talk a little bit about the dynamics around that?<br><br>[Sarvadi:] Well, last year we -- you had a very strong quarter from a benefits perspective.  ***And so you've got kind of a comparison going on in there at that net revenue line that is really not meaningful in the big picture.  So if you look at where we're targeting for the full year, I'm at measure.*** | Non-Actionable Opinion |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 75 | 4/29/19 | Earnings Call | I would say, if you look at the direct costs, I talked about the fact that during Q1, those costs came in favorable to our budget.  We talked about the difficult comparison on the benefit relative to the first quarter the last year, which was very low.  But when we look over the course of the year, we're still looking at a benefit cost trend.  I think we said initially, maybe 2% to 3%, *but where we look today is more towards the low end of that.*  And the workers' comp continues, that program continues to work very effectively.  That's an area where we did have some favorable results in the first quarter. <br><br>And as I mentioned in my prepared remarks, we let that sort of develop through over the remainder of the year as we are successful in closing out claims and settling claims.  We got a good history of doing that.  So basically in summarizing, 2019 is looking fairly consistent with the previous year.  And hopefully we could have some upside there. | Non-Actionable Opinion; <br><br>Forward-Looking Statement |
| 76 | 4/29/19 | 10-Q (incorporating 2/11/19 10-K) | Health insurance costs are in part determined by our claims experience and comprise a significant portion of our direct costs.  *If* we experience an increase in the number or severity of claims, our health insurance costs *could* increase.  Claim activity levels and costs are impacted by a number of factors, including, but not limited to, macro-economic changes, proposed and enacted regulatory changes and medical outbreaks. | Non-Actionable Opinion; <br><br>Forward-Looking Statement |
| 85 | 7/29/19 | Press Release | *Our earnings outlook for 2019 is in line with our previous forecast as we come off a strong performance in the first half of the year and effectively manage our business in response to emerging trends,"* said Douglas S. Sharp ....  "We expect to continue to generate over 20% growth in adjusted EPS, as we effectively execute our long-term strategic plan." | Non-Actionable Opinion; <br><br>Forward-Looking Statement |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 86 | 7/29/19 | Earnings Call | [Sarvadi:] The second quarter included continued solid execution of our 2019 operating plan contrasted with two significant challenges from factors outside our direct control. ***New sales, client retention, expansion and product development all progressed on plan,*** while lower net hiring in our client base and frequency and severity of large health care claims presented impediments. ***Despite these challenges, our business model demonstrated substantial resiliency, and our earnings outlook is on track for the year.*** ***New sales were 101% of forecast over the first half of the year*** as sales efficiency stayed the same despite an 11% increase in the average number of Business Performance Advisors. ***This demonstrates our success in hiring and training new Business Performance Advisors, which is the key driver for future growth.*** | Non-Actionable Opinion; No False Statement of Fact; Puffery |
| 86 | 7/29/19 | Earnings Call | Now for the balance of the year, we are full steam ahead executing our growth and expansion plan to continue the strong momentum we have experienced several years in a row. ***The key metric to follow to continue our strong growth momentum is the number of Business Performance Advisors we have in the marketplace.  We ended Q2 with a 13% increase year-over-year in this metric,*** and we expect to continue hiring and training BPAs over the last half of 2019.  We expect to have approximately 620 BPAs in Q4, a 14% increase, which sets the stage to continue solid double-digit growth in 2020. | Non-Actionable Opinion; No False Statement of Fact |
| 86 | 7/29/19 | Earnings Call | A second issue that presented in the second quarter was an unusually high incident and severity rate of large healthcare claims.  As we have discussed on many occasions, ***the predictability of the cost of our health plan is excellent on an annual basis***, which is how health plans are typically managed.  However it's somewhat random over the course of any given year, whether a concentration of large claims may occur within one particular quarter.  This is what we believe happened in the second quarter of this year.  We've analyzed our underlying plan trends, including large claim activity, plan utilization and plan demographics.  ***Based on that analysis, we expect large claims to normalize and overall benefit cost trend to remain relatively low for the remainder of 2019.*** | Non-Actionable Opinion; Forward-Looking Statement |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 87 | 7/29/19 | Earnings Call | Gross profit increased by 12% over Q2 of 2018 and included higher-than-forecasted benefit costs, partially offset by favorable results in our workers compensation program and higher pricing.  The higher benefit costs resulted from large health care claim activity in which these claims were approximately 22% of total healthcare claims during Q2 compared to normal and recent historical levels of 18% to 20%.  Now while the higher-than-expected large claim activity may happen in a quarter from time to time with a plan of our size, ***a detailed analysis of the underlying Q2 claims data, benefit plan participant data and plan migration still indicates a full year 2019 expected benefit cost trend of only 2% to 2.5%.*** | Non-Actionable Opinion; Forward-Looking Statement |
| 88 | 7/29/19 | Earnings Call | [Analyst:] And then just staying on the large claims, does any of that spill over into the third quarter?  Or what are your expectations with regards to gross profit per worksite employee for the third quarter that's embedded in your guidance?<br><br>[Sharp:] Yes.  So, as we also mentioned, we looked at all the detailed claims data relative to those large claims.  And we also looked at the demographics of the plan, age, gender, geographic numbers in the plan, plan migration, etc. All those things are running favorably for the plan itself.  And so I think we started the year saying about a 2% to 3% medical claim cost trend for 2019. First quarter came out a little bit better than what we expected.  So that was a little bit below 2% where we are today.  I mentioned now we're forecasting this to 2.5% range or so.  ***And so still a very favorable claim cost – benefit/cost trend that we're looking at.*** | Non-Actionable Opinion; Forward-Looking Statement |
| 89 | 7/29/19 | Earnings Call | [Analyst:] So question was the sales result in the second quarter.  You said it was 101% for the first half.  ***But was the second quarter in line with your expectations?  Are you seeing any impact of any recession or slowdown or beginnings of such?***<br><br>[Sarvadi:] ***No, sir, we haven't seen any sign of a slowdown,*** Jim.  The sales in the second quarter were good.<br><br>[Analyst:] Anything you can say about mid-market versus the core business?<br><br>[Sarvadi:] Sure.  The mid-market, it's a little newer, of course, a little choppier just because it's fewer salespeople out there and – ***but the channel is really strong right*** | Non-Actionable Opinion; No False Statement of Fact |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| | | | *now.  We've got the biggest pipeline we've had, and we are above last year in sales for the year.*  We did have a really large account last year that came on midyear.  We didn't have a repeat of that yet this year, but there is a lot of things in the hopper.  So generally, very pleased with the way we're going in mid-market.  And really all across the business, we're continuing to click along. | |
| 90 | 7/29/19 | Earnings Call | [Analyst:] And then in terms of the acceleration of worksite employee growth from Q3 to Q4 of this year, are there -- is there anything in particular that gives you a basis for seeing that acceleration?<br><br>[Sarvadi:] *Well, certainly, with -- it's just our normal sales plan in terms of the sales per salesperson per month, number of BPAs and how that rolls in over the balance of the year.*  So you're going to see that acceleration just as we hit our sales numbers as the year progresses.  Keep in mind that the sales budgets are higher as the year progresses.  And so that's how that flows in.  That's the normal way new sales flow into the model.<br><br>[Analyst:] Okay.  And then in terms of talent acquisition on the BPA side, are you seeing challenges there given the tight labor market?  And how are you fighting that?<br><br>[Sarvadi:] Yes.  No question. I mean it is a tight labor market out there. Fortunately, we -- you basically have to really throw a lot of muscle at it, and you have to be as creative as possible.  And we've got a great group of recruiters, and even though it's taking a lot more interviews and lot more activity to bring the same number on, we have that advantage of being recognized as the best place to work, and this is a great opportunity if you're in the sales world.  This is a tremendous opportunity for people.  And so we get -- we certainly get our fair share, *and we're capable of growing that base of Business Performance Advisors at the targeted levels.*<br><br>So like I said, we were at about 13% at the end of the quarter, for June, year-over-year, and we'll continue to ramp that up to around 14% over the balance of the year, *and that's right where we want to be going into 2020.* | Non-Actionable Opinion;<br><br>Forward-Looking Statement;<br><br>Puffery |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 105 | 11/4/19 | Earnings Call | As we look forward to 2020 and enter a new plan year, our detailed claims data does not indicate the level of large claim activity will compound by increasing over the recent elevated rate.  Under this scenario, *we would expect 2020 to return to a more normalized benefit cost trend over 2019 costs, and we are pricing our new and renewing business accordingly.* | Non-Actionable Opinion; Forward-Looking Statement |
| 106 | 11/4/19 | Earnings Call | [Analyst:] I was wondering if you could elaborate on those changes to your health care pricing after seeing those outsized claims in the past 2 quarters? <br><br> [Sarvadi:] But we feel very good.  *Pricing has been strong throughout the year and has even come in ahead of our expectations as the year went along.*  So we feel good about how we have things price going forward even in spite of this anomaly, we've had on these large claims. | Non-Actionable Opinion |
| 106 | 11/4/19 | Earnings Call | [Analyst:] I wanted to get a sense on how you feel that the higher benefits cost could affect your year-end transition in terms of retention? <br><br> [Sarvadi:] *Really, no connection there because our pricing strategy really didn't – this didn't call for any change in pricing.*  Remember, the total cost trend of 3.7% that we even have in this year is really favorable against the market at large as it is.  Our normal pricing strategy would actually have us pricing at a higher number than that in our normal pricing....  *And we don't have ... a cost price mismatch, we don't have to go back and hurry up and increase prices on customers.  That's not what's going on from this situation.* | No False Statement of Fact; Non-Actionable Opinion |
| 106 | 11/4/19 | Earnings Call | Now the year-end, we have ... a little over 40% of our book of business renews in this January to February time period.  *And those – we're well into renewing those accounts already and – or actually a little ahead on that.*  But those – those – the pricing on those accounts goes out in October, typically, the bulk of it.  And so we're already out there renewing those accounts. | No False Statement of Fact |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 106 | 11/4/19 | Earnings Call | Yes.  This is what I was saying a little bit earlier.  Let me try to be a little more clear with that.  We actually are building in price increases that would be greater than that 3.7%.  And that's on an individual account basis, you're – we're looking at their specific experience in the total PEO relationship, not just the health care side.  But within the allocation that we build in for the benefits, there would be an allocation increase above the $3.7 million.  But what happens then is customers also have options to change the plan they selected or change the contributions they're making so forth between the client and the employees.  So there's other decisions that are made.  And once we get on any renewal period, whether it's a month or the year-end, once we enroll or reenroll and pay everybody or we renew them and pay them under the new system, their total increase in benefit allocation can't be less than that number that we built in because they may have made a change in their plan.  So we would anticipate -- our best guess would be around a 3% increase that came from pricing.  But then, of course, you have to realize that would have been driven by going to lower-cost plans that would offset the trend that we're talking about that occurred this year, the 3.7%.  ***So all in, like I say, our pricing compared to our all-in cost is still well intact, not an issue there that has driven a big change in pricing strategy.***  Does that help any? | No False Statement of Fact; Non-Actionable Opinion |
| 113 | 11/26/19 | SunTrust Robinson Humphrey, Inc. Analyst Report | We hosted an investor conference call yesterday with Insperity's CEO Paul Savardi and CFO Douglas Sharp.  ***The company reiterated that two consecutive quarters of elevated HC claims appear to be a statistical anomaly and are not representative of a systemic issue in the benefits plan.***  Positive early momentum in the 4Q selling season was encouraging with both core and midmarket accounts performing well.  We reiterate our Buy rating and $128 PT. | No False Statement of Fact; Non-Actionable Opinion |

11

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 114 | 11/26/19 | SunTrust Robinson Humphrey, Inc. Analyst Report | **Have you looked at ways to mitigate HC claims through layers of insurance, whether stop-loss insurance or some other mechanism and the tradeoffs that would entail?**<br><br>• With another quarter of heightened claims, the company has spent more time digging into potential options. ***The current orientation provides two distinct advantages in the marketplace (1) growing faster; and (2) being more profitable.***<br><br>• Remember, we are only talking about $27M of jumbo claims which have exceeded the norm and historically NSP could have absorbed some part of that into annual standard estimating.<br><br>• An aggregate limit/overall cap on claim liability is possible, but ***unlikely to be doable in such a way that would make economic sense for NSP.***<br><br>• NSP has previously explored coverage that would take the volatility out of an individual quarter, effectively creating a layer of coverage. Looking back, that would have taken some impact out of each quarter, but not enough to make a difference in the overall picture this year. | Non-Actionable Opinion;<br><br>No False Statement of Fact |
| 115 | 11/26/19 | SunTrust Robinson Humphrey, Inc. Analyst Report | **With the argument NSP grew too fast and took on customers that are not the best match – what is the counterpoint?**<br><br>• The history of the business should dispel that argument very readily; have grown double-digit for a long time and ramped up faster last year onboarding the largest account ever at 2,800+ employees.<br><br>• ***NSP remains fully confident in existing customer selection processes at this rate of growth.***<br><br>• Underlying claims below the larger ($250k+) level are tracking with expectations. | Non-Actionable Opinion;<br><br>Puffery |

| CAC ¶ | Date | Document | Challenged Statement[1] | Reasons Not Actionable |
|---|---|---|---|---|
| 115 | 11/26/19 | SunTrust Robinson Humphrey, Inc. Analyst Report | **A PEO competitor previously had an issue with outsized HC claims.  Cost trends went up, the company was forced to reprice and saw heightened churn as a result.  How is your situation different?**<br><br>• NSP's situation is unique with respect to recent issues experienced by competitors.  ***Management believes double-digit WSEE growth is achievable while still keeping a firm handle on the associated risk.***<br><br>• The order of magnitude is far less severe.  This competitor experienced a significant mismatch of pricing and cost to the point it took them nearly 2 years to effectively reprice the book.  HC claims have only driven NSP's cost trend up to 3% which represents the upper bound of a normal 2-3% range. | Non-Actionable Opinion;<br><br>Forward-Looking Statement |