UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated<br><br><br>Plaintiff,<br><br>vs.<br><br>INSPERITY, INC., PAUL J. SARVADI, and DOUGLAS S. SHARP,<br><br><br>Defendants. | Case No. 1:20-cv-05635-NRB |

**DECLARATION OF AMY PHARR HEFLEY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S CORRECTED AMENDED COMPLAINT**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Insperity, Inc. ("Insperity" or "NSP"), Paul J. Sarvadi, and Douglas S. Sharp (the "Individual Defendants," and together with Insperity, the "Defendants" or "Insperity Defendants") in the above-styled cause of action.

2.      I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 1** is a true and correct copy of Insperity's 2018 Form 10-K filed with the SEC on February 11, 2019.

-2-

4.    Attached as **Exhibit 2** is a true and correct copy of SunTrust Robinson Humphrey's report regarding Insperity titled, "HC Anomaly Presents Buying Opportunity; 2020 Drivers Solid," dated November 4, 2019.

5.    Attached as **Exhibit 3** is a true and correct copy of the transcript of Insperity, Inc.'s 4Q 2018 earnings call dated February 11, 2019.

6.    Attached as **Exhibit 4** is a true and correct copy of the transcript of Insperity, Inc.'s 3Q 2019 earnings call dated November 4, 2019

7.    Attached as **Exhibit 5** is a true and correct copy of SunTrust Robinson Humphrey's report regarding Insperity titled, "Investor Call Highlights: HC Claims at Forefront, Selling Season Upbeat," dated November 26, 2019.

8.    Attached as **Exhibit 6** is a true and correct copy of the transcript of SunTrust Robinson Humphrey's investor call with Insperity, dated November 25, 2019.

9.    Attached as **Exhibit 7** is a true and correct copy of Insperity's Form 8-K with attached 2Q 2019 earnings release, filed with the SEC on July 29, 2019.

10.    Attached as **Exhibit 8** is a true and correct copy of Insperity's Form 8-K with attached 1Q 2019 earnings release, filed with the SEC on April 29, 2019.

11.    Attached as **Exhibit 9** is a true and correct copy of the transcript of Insperity, Inc.'s 2Q 2019 earnings call dated July 19, 2019.

12.    Attached as **Exhibit 10** is a true and correct copy of Insperity's Form 8-K with attached FY 2019 and 4Q 2019 earnings release, filed with the SEC on February 11, 2020.

-3-

13.    Attached as **Exhibit 11** is a true and correct copy of Insperity's 2019 Form 10-K filed with the SEC on February 12, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2021.

_____
Amy Phan Hefley