# Exhibit 2



SUNTRUST
ROBINSON HUMPHREY

Please don't forward - Exclusive use: douglas.sharp@insperity.com

# HC Anomaly Presents Buying Opportunity; 2020 Drivers Solid

## What's Incremental To Our View

We reiterate our Buy rating and lower our PT to $128 PT after a disappointing quarter and recommend investors accumulate shares on current weakness. In our view, two consecutive quarters of large HC claims are not reflective of systemic issues in the benefits program and forward indicators suggest more favorable conditions for NSP's small-business clients in 2020. We lower our WSE growth to 9.5% from 10% in 2020 and EPS to $4.62 from $5.62.

- Outsized healthcare claims dented profitability for the second consecutive quarter. Management reiterated that they believe the spike in claims is a statistical anomaly and does not reflect an ongoing issue in their benefits program. We note claims did not correlate to new customers, suggesting that NSP's client vetting process is not at fault. This is the first time NSP has recognized large HC claims twice in a year (including only 4 quarters in the past decade). NSP recognizes claims when they close and management is not anticipating an associated change in their HC pricing strategy.

- Worksite employee growth of 12% fell short of our 13% estimate and guidance of 13%-13.5%. We think limited candidate supply due to the tight labor market was a contributing pressure as indicators suggest hiring demand has remained strong with existing clients, this has been a consistent theme for our staffing names in 3Q. Trends were below plan due to smaller size of mid-market sales and lighter BPA growth. October sales were 103% of plan.

- Payroll indicators were relatively strong despite a weak quarter. Overtime as a percentage of base was 11%+ and commissions paid to the sales staff were 8%, (10% and 6% are considered strong, respectively). We see an improved environment for sales growth in 2020 as opportunities to bid are up 23% and trained BPA growth (13% vs. 10% in Q1) has begun to catch up to unit growth expectations. Additionally, the company described a favorable pricing environment with a full-year cost trend of 3.7%, which is running better than observed trends in the marketplace.

- We think the continued development of the Insperity Premier offering could enhance retention and create a more compelling value proposition for mid-market clients. The recent roll-out of People Analytics appears to have been received well, with more than half of NSP's mid-market clients having received a demonstration of the analytics engine.

- Revised guidance for 4Q adj. EBITDA of $42M and adj. EPS of $0.56 at the midpoint were downside to street estimates to $56M and $0.81, respectively. Projected WSE growth of 10%-11% fell short of our prior 13.6% estimate.

- Our $128 PT assumes a 14.9x EV/2021 EBITDA multiple inline with the 15x forward group multiple.

**Tobey Sommer**
615-748-4435
tobey.sommer@suntrust.com

**SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION**

## Buy

**Price Target: $128.00**
*Prior: $150.00*

| | |
|---|---|
| Price (Nov. 4, 2019) | $71.38 |
| 52-Wk Range | $144.63-$71.38 |
| Market Cap ($M) | $2,878 |
| ADTV | 338,924 |
| Shares Out (M) | 40.3 |
| Short Interest Ratio/% Of Float | 1.9% |
| TR to Target | 79.3% |
| Enterprise Value ($M) | $2,986.3 |

| | |
|---|---|
| Cash And Equivalents ($M) | $130.9 |
| Total Debt ($M) | $239.4 |
| EV/EBITDA NTM | 11.7x |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **Revenue ($M)** | | | | | |
| 1Q | $1,014 | $1,153A | $1,153 | $1,259 | $1,265 |
| 2Q | $922 | $1,043A | $1,043 | $1,130 | $1,135 |
| 3Q | $925 | $1,043A | $1,020 | $1,123 | $1,138 |
| 4Q | $967 | $1,032 | $1,066 | $1,146 | $1,189 |
| FY | $3,829 | $4,272 | $4,282 | $4,658 | $4,727 |
| EV/Sales | 0.8x | 0.7x | | 0.6x | |
| **EBITDA ($M)** Adjusted | | | | | |
| FY | $240 | $251 | $280 | $277 | $346 |
| EV/ EBITDA | 12.4x | 11.9x | | 10.8x | |
| **EPS** Adjusted | | | | | |
| FY | $3.75 | $4.18 | $4.65 | $4.62 | $5.62 |
| P/E | 19.0x | 17.1x | | 15.5x | |
| **Consensus EPS** Adjusted | | | | | |
| FY | -- | $4.64 | | $5.48 | |
| FYE Dec | | | | | |



## Figure 1: NSP Historical and Projected Income Statements



**Insperity, Inc.**
Quarterly Income Statement
($ Thousands Except Per Share Data)

Tobey Sommer (615) 748-4435
tobey.sommer@suntrust.com
Last Published 11/04/2019

*"Required Disclosures" are on the last tab of the workbook*

| | 2017A | 1QA | 2QA | 3QA | 4QA | 2018A | 1QA | 2QA | 3QA | 4QE | 2019E | 1QE | 2QE | 3QE | 4QE | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $3,300,223 | $1,014,372 | $922,295 | $925,126 | $966,756 | $3,828,549 | $1,153,010 | $1,043,316 | $1,043,388 | $1,032,120 | $4,271,834 | $1,259,444 | $1,129,511 | $1,123,117 | $1,146,202 | $4,658,274 | $5,100,810 |
| Yr/Yr % Change | 12% | 15% | 16% | 16% | 17% | 16% | 14% | 13% | 13% | 7% | 12% | 9% | 8% | 8% | 11% | 9% | 9% |
| Salaries of worksite employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenues | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 183.2% |
| Direct costs | 2,727,492 | 814,652 | 767,751 | 759,072 | 805,165 | 3,146,640 | 926,293 | 869,581 | 872,842 | 862,296 | 3,531,012 | 1,012,001 | 939,734 | 933,952 | 949,023 | 3,834,710 | 4,168,350 |
| % of revenues | 82.6% | 80.3% | 83.2% | 82.1% | 83.3% | 82.2% | 80.3% | 83.3% | 83.7% | 83.5% | 82.7% | 80.4% | 83.2% | 83.2% | 82.8% | 82.3% | 81.7% |
| **Gross Profit** | 572,731 | 199,720 | 154,544 | 166,054 | 161,591 | 681,909 | 226,717 | 173,735 | 170,546 | 169,824 | 740,822 | 247,444 | 189,776 | 189,165 | 197,179 | 823,563 | 932,459 |
| Gross Margin | 17.4% | 19.7% | 16.8% | 17.9% | 16.7% | 17.8% | 19.7% | 16.7% | 16.3% | 16.5% | 17.3% | 19.6% | 16.8% | 16.8% | 17.2% | 17.7% | 18.3% |
| Yr/Yr % Change | 17% | 25% | 18% | 19% | 13% | 19% | 14% | 12% | 3% | 5% | 9% | 9% | 9% | 11% | 16% | 11% | 13% |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| D&A | 18,182 | 5,213 | 5,480 | 5,642 | 6,507 | 22,842 | 6,691 | 6,908 | 7,330 | 7,230 | 28,159 | 7,240 | 7,250 | 7,260 | 7,270 | 29,020 | 29,180 |
| % of Revenues | 0.6% | 0.5% | 0.6% | 0.6% | 0.7% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| **Operating Expenses** | 442,790 | 135,017 | 120,963 | 117,921 | 128,972 | 502,873 | 141,256 | 135,015 | 135,813 | 144,204 | 556,288 | 171,877 | 144,809 | 136,927 | 146,682 | 600,295 | 646,966 |
| Expense Ratio | 13.4% | 13.3% | 13.1% | 12.7% | 13.3% | 13.1% | 12.3% | 12.9% | 13.0% | 14.0% | 13.0% | 13.6% | 12.8% | 12.2% | 12.8% | 12.9% | 12.7% |
| Yr/Yr % Change | 15% | 28% | 12% | 7% | 8% | 14% | 5% | 12% | 15% | 12% | 11% | 22% | 7% | 1% | 2% | 8% | 8% |
| **EBITDA** | 151,536 | 71,372 | 40,868 | 55,803 | 41,827 | 209,870 | 95,397 | 48,430 | 44,637 | 35,424 | 223,888 | 83,107 | 52,517 | 59,798 | 58,067 | 253,489 | 315,874 |
| EBITDA Margin | 4.6% | 7.0% | 4.4% | 6.0% | 4.3% | 5.5% | 8.3% | 4.6% | 4.3% | 3.4% | 5.2% | 6.6% | 4.6% | 5.3% | 5.1% | 5.4% | 6.2% |
| Yr/Yr % Change | 22% | 23% | 46% | 57% | 40% | 38% | 34% | 19% | -20% | -15% | 7% | -13% | 8% | 34% | 64% | 13% | 25% |
| **Adjusted EBITDA** | 177,682 | 83,813 | 46,620 | 61,572 | 47,596 | 239,601 | 101,437 | 56,686 | 51,154 | 41,966 | 251,243 | 88,857 | 58,277 | 65,568 | 63,847 | 276,549 | 339,134 |
| Adjusted EBITDA Margin | 5% | 8% | 5% | 7% | 5% | 6% | 9% | 5% | 5% | 4% | 6% | 7% | 5% | 6% | 6% | 5.9% | 6.6% |
| Yr/Yr % Change | 26% | 34% | 40% | 43% | 24% | 35% | 21% | 22% | -17% | -12% | 5% | -12% | 3% | 28% | 52% | 10% | 23% |
| **Operating Income** | 129,941 | 64,703 | 33,581 | 48,133 | 32,619 | 179,036 | 85,461 | 38,720 | 34,733 | 25,620 | 184,534 | 75,567 | 44,967 | 52,238 | 50,497 | 223,269 | 285,494 |
| Operating Margin | 3.9% | 6.4% | 3.6% | 5.2% | 3.4% | 4.7% | 7.4% | 3.7% | 3.3% | 2.5% | 4.3% | 6.0% | 4.0% | 4.7% | 4.4% | 4.8% | 5.6% |
| Yr/Yr % Change | 22% | 21% | 46% | 62% | 38% | 38% | 32% | 15% | -28% | -21% | 3% | -12% | 16% | 50% | 97% | 21% | 28% |
| Other Income | 2,790 | 386 | 1,807 | 2,028 | 2,701 | 6,922 | 3,245 | 2,802 | 2,574 | 2,574 | 11,195 | 300 | 300 | 300 | 300 | 1,200 | 1,200 |
| **Pre-Tax Income** | 130,141 | 65,089 | 34,280 | 48,987 | 34,004 | 182,360 | 87,025 | 39,883 | 35,185 | 26,102 | 188,195 | 73,805 | 43,235 | 50,536 | 48,825 | 216,401 | 279,106 |
| Pre-Tax Margin | 3.9% | 6.4% | 3.7% | 5.3% | 3.5% | 4.8% | 7.5% | 3.8% | 3.4% | 2.5% | 4.4% | 5.9% | 3.8% | 4.5% | 4.3% | 4.6% | 5.5% |
| Yr/Yr % Change | 24% | 22% | 50% | 64% | 41% | 40% | 34% | 16% | -28% | -23% | 3% | -15% | 8% | 44% | 87% | 15% | 29% |
| Taxes | 45,739 | 15,098 | 9,720 | 12,780 | 9,349 | 46,947 | 10,736 | 11,327 | 9,326 | 7,570 | 38,959 | 14,761 | 10,376 | 12,129 | 11,718 | 48,984 | 62,833 |
| Tax Rate | 35.1% | 23.2% | 28.4% | 26.1% | 27.5% | 25.7% | 12.3% | 28.4% | 26.5% | 29.0% | 20.7% | 20.0% | 24.0% | 24.0% | 24.0% | 22.6% | 22.5% |
| **Net Income (common shares)** | 82,209 | 49,406 | 24,214 | 35,704 | 24,314 | 133,638 | 75,258 | 28,247 | 25,575 | 18,232 | 147,312 | 58,544 | 32,659 | 38,207 | 36,907 | 166,317 | 215,173 |
| Yr/Yr % Change | 27.4% | 41.8% | 75.8% | 89.3% | 65.1% | 62.6% | 52.3% | 16.7% | -28.4% | -25.0% | 10.2% | -22.2% | 15.6% | 49.4% | 102.4% | 12.9% | 29.4% |
| Diluted Shares Outstanding | 41,170 | 41,869 | 41,819 | 41,516 | 41,500 | 41,676 | 40,790 | 40,938 | 40,317 | 40,117 | 40,540 | 39,867 | 39,717 | 39,617 | 39,817 | 39,755 | 38,742 |
| **EPS** | $2.00 | $1.18 | $0.58 | $0.86 | $0.59 | $3.21 | $1.85 | $0.69 | $0.63 | $0.45 | $3.63 | $1.47 | $0.82 | $0.96 | $0.93 | $4.18 | $5.55 |
| Yr/Yr % Change | 29% | 40% | 74% | 89% | 61% | 61% | 57% | 19% | -26% | -22% | 13% | -21% | 19% | 52% | 104% | 15% | 33% |
| Net Income after adjustments | 99,000 | 58,961 | 28,335 | 40,471 | 28,838 | 156,605 | 81,584 | 34,467 | 30,648 | 22,877 | 169,576 | 62,856 | 36,979 | 42,535 | 41,242 | 183,612 | 232,618 |
| **Adjusted EPS** | $2.45 | $1.41 | $0.68 | $0.96 | $0.69 | $3.75 | $1.98 | $0.83 | $0.75 | $0.57 | $4.18 | $1.58 | $0.93 | $1.07 | $1.04 | $4.62 | $6.00 |
| Yr/Yr % Change | 37% | 53% | 65% | 70% | 27% | 53% | 41% | 22% | -22% | -18% | 12% | -20% | 12% | 43% | 82% | 10% | 30% |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg number of WSEs per mth | 182,696 | 195,683 | 203,950 | 215,051 | 221,809 | 209,123 | 225,525 | 232,010 | 240,939 | 244,000 | 235,619 | 246,950 | 254,051 | 263,828 | 267,180 | 258,002 | 282,512 |
| Fee rev per WSE per mth | | | | | | | | | | | | | | | | | |
| Bonus revenue | | | | | | | | | | | | | | | | | |
| Other revenue | | | | | | | | | | | | | | | | | |
| Revenue per WSE per mth | 1,505 | 1,728 | 1,507 | 1,434 | 1,453 | 1,531 | 1,704 | 1,499 | 1,444 | 1,410 | 1,514 | 1,700 | 1,482 | 1,419 | 1,430 | 1,508 | 1,508 |
| Fee payroll cost per WSE per mth | | | | | | | | | | | | | | | | | |
| Gross markup per WSE per mth | | | | | | | | | | | | | | | | | |
| Gross profit per WSE per mth | 261 | 340 | 253 | 257 | 243 | 273 | 335 | 250 | 236 | 232 | 263 | 334 | 249 | 239 | 246 | 267 | 276 |
| Operating exps per WSE per mth | 202 | 230 | 198 | 183 | 194 | 201 | 209 | 194 | 188 | 197 | 197 | 232 | 190 | 173 | 183 | 194 | 191 |
| Operating inc per WSE per mth | 59 | 110 | 55 | 75 | 49 | 73 | 126 | 56 | 48 | 35 | 66 | 102 | 59 | 66 | 63 | 73 | 85 |
| Net income per WSE per mth | 38 | 85 | 40 | 56 | 37 | 53 | 113 | 41 | 36 | 25 | 52 | 79 | 43 | 48 | 46 | 54 | 63 |

**YOY Change in WSE stats:**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg number of WSEs per mth | 10.2% | 12.2% | 13.1% | 15.2% | 17.0% | 14.5% | 15.3% | 13.8% | 12.0% | 13.6% | 12.7% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% |
| Revenue per WSE per mth | 1.8% | 2.4% | 2.4% | 0.9% | -0.1% | 1.7% | -1.4% | -0.5% | 0.7% | -3.0% | -1.1% | -0.2% | -1.1% | -1.7% | 1.4% | -0.4% | 0.0% |
| Gross profit per WSE per mth | 5.7% | 11.5% | 5.0% | 2.8% | -3.2% | 4.7% | -1.5% | -1.2% | -8.2% | -4.5% | -3.7% | -0.3% | -0.4% | 1.3% | 6.0% | 1.4% | 3.4% |
| Operating exps per WSE per mth | 4.4% | 13.9% | -0.5% | -7.1% | -7.2% | -0.7% | -9.1% | -2.0% | 2.7% | 1.5% | -1.9% | 11.0% | -2.1% | -8.0% | -7.1% | -1.5% | -1.6% |
| Operating inc per WSE per mth | 10.3% | 8% | 31% | 42% | 17% | 23.2% | 15% | 2% | -36% | -29% | -8.6% | -19% | 5% | 38% | 80% | 10.1% | 16.5% |
| Net income per WSE per mth | 15.2% | 25% | 54% | 65% | 35% | 40.1% | 33% | 2% | -36% | -32% | -2.2% | -30% | 5% | 34% | 85% | 3.1% | 18.2% |

Source: Company reports and SunTrust Robinson Humphrey estimates



**SunTrust Robinson Humphrey**

## Figure 2: NSP Comps Chart

$ millions, except per-share data

| Company | Ticker | Price 11/4/19 | Rating | Shares mils | Mkt Cap | Cash | Debt | Enterprise Value | EV/EBITDA 2018A EBITDA | EV/EBITDA 2019E EBITDA | EV/EBITDA 2020E EBITDA | P/E 2018A | P/E 2019E | P/E 2020E | EPS CY2018A | EPS CY2019E | EPS CY2020E | Street Cons. 2018A | Street Cons. 2019E | Street Cons. 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HR Outsourcing** | | | | | | | | | | | | | | | | | | | | |
| PayChex | PAYX | $83.46 | NR | 361.5 | $30,171 | $642 | $984 | $30,512 | 20.2x | 17.7x | 16.7x | 29.2x | 26.9x | 25.0x | $2.86 | $3.10 | $3.34 | $2.86 | $3.10 | $3.34 |
| TriNet Group | TNET | $51.85 | NR | 71.0 | $3,680 | $801 | $466 | $3,345 | 10.2x | 9.2x | 8.4x | 17.6x | 15.6x | 13.9x | $2.95 | $3.33 | $3.73 | $2.95 | $3.33 | $3.73 |
| Automatic Data Processing | ADP | $161.88 | NR | 435.4 | $70,483 | $1,949 | $2,264 | $70,798 | 24.6x | 21.2x | 18.5x | 27.9x | 29.7x | 26.2x | $5.80 | $5.45 | $6.17 | $5.80 | $5.45 | $6.17 |
| | | | | | | | | | | | | | | | | | | | | |
| HR Outsourcing Average Large Cap | | | | | | | | | 22.4x | 19.4x | 17.6x | 28.6x | 28.3x | 25.6x | | | | | | |
| **HR Outsourcing Average** | | | | | | | | | **18.3x** | **16.0x** | **14.5x** | **24.9x** | **24.1x** | **21.7x** | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Human Capital** | | | | | | | | | | | | | | | | | | | | |
| Kforce Inc. | KFRC | $41.57 | Hold | 23.3 | $970 | $41.3 | $65.6 | $995 | 10.1x | 11.0x | 9.5x | 18.1x | 18.0x | 15.1x | $2.30 | $2.31 | $2.76 | $2.20 | $2.36 | $2.75 |
| Robert Half Intl Inc. | RHI | $58.29 | Hold | 115.9 | $6,754 | $312.7 | $0.3 | $6,441 | 9.9x | 9.4x | 9.1x | 16.3x | 15.0x | 14.4x | $3.57 | $3.88 | $4.05 | $3.54 | $3.90 | $4.11 |
| ASGN, Inc. | ASGN | $66.15 | Buy | 53.4 | $3,532 | $67.5 | $985.2 | $4,450 | 11.0x | 10.0x | 9.3x | 15.1x | 14.5x | 13.1x | $4.38 | $4.57 | $5.05 | $4.40 | $4.62 | $5.02 |
| Manpower Group | MAN | $93.19 | Hold | 60.3 | $5,619 | $807.1 | $1,030.2 | $5,842 | 6.6x | 7.3x | 7.5x | 10.9x | 12.5x | 12.6x | $8.56 | $7.43 | $7.42 | $8.54 | $7.41 | $7.69 |
| AMN Healthcare | AMN | $59.97 | Buy | 47.6 | $2,855 | $40.7 | $615.6 | $3,430 | 12.7x | 12.5x | 11.5x | 18.3x | 19.7x | 17.5x | $3.29 | $3.05 | $3.42 | $3.27 | $3.07 | $3.38 |
| Cross Country Healthcare | CCRN | $10.83 | Hold | 35.7 | $387 | $18.3 | $97.0 | $465 | 14.8x | 20.1x | 15.5x | 90.3x | NM | 75.4x | $0.12 | $0.09 | $0.14 | $0.15 | $0.07 | $0.20 |
| Heidrick & Struggles Inc. | HSII | $29.50 | Hold | 19.4 | $573 | $176.4 | $0.0 | $397 | 4.4x | 4.5x | 4.5x | 11.7x | 11.2x | 11.2x | $2.52 | $2.63 | $2.63 | $2.32 | $2.47 | $2.53 |
| Korn Ferry | KFY | $38.37 | Buy | 55.6 | $2,135 | $363.0 | $223.0 | $1,995 | 6.6x | 6.5x | 6.1x | 11.9x | 11.6x | 10.6x | $3.24 | $3.30 | $3.63 | $3.35 | $3.24 | $3.60 |
| | | | | | | | | | | | | | | | | | | | | |
| **HC Average** | | | | | | | | | **9.5x** | **10.2x** | **9.1x** | **24.1x** | **14.7x** | **21.2x** | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Insperity Inc.** | **NSP** | $71.38 | Buy | 40.3 | $2,878 | $130.9 | $239.4 | $2,986 | 12.5x | 11.9x | 10.8x | 19.1x | 17.1x | 15.5x | $3.75 | $4.18 | $4.62 | $3.71 | $4.50 | $5.32 |
| | | | | | | | | | | | | | | | | | | | | |
| **Average** | | | | | | | | | **11.9x** | **11.8x** | **10.6x** | **24.3x** | **17.5x** | **21.4x** | | | | | | |
| S&P 500 Index | SPX | $3,066.91 | | | | | | | | | | 19.1x | 18.8x | 17.4x | $161.06 | $163.90 | | $158.81 | $163.90 | |



## Company Description

Insperity Inc. (NSP), based in Kingwood, Texas, is a professional employer organization (PEO) that serves as a full-service human resources department for small businesses. The company provides its clients with benefits and payroll administration, medical and workers' compensation insurance programs, personnel records management, employer liability management, employee recruiting and selection, performance management, and training and development services. The company serves a wide range of industries, including finance and accounting, real estate, technology, legal, manufacturing, medical services, and the retail and wholesale trades. Insperity has 49 sales offices in 24 major markets across the U.S.

## Investment Thesis

We view NSP as a strong growth story tapping an underserved SMB market for HR outsourcing (5% penetrated), with an eminently scalable business model (expenses 50% fixed / 50% variable) We view management as one of the most experienced and best in the space and will likely adapt very well compared to peers. After 25+ years offering a single bundle of HR services (HR services, payroll, healthcare and workers compensation insurance), NSP has more recently assembled various bundles to broaden the appeal of the company's service offerings to include larger mid-market companies with 150-5,000 employees. We think this new market segmentation should double the TAM to 71M employees in the U.S. We believe new technology and tools could sustain or even enhance retention. NSP has steadily driven down customer turnover from the the historic 20% range to the mid-teens. We rate the stock Buy.

## Valuation and Risks

**NSP Valuation:**

We value Insperity shares based on two methods: (1) Price/Earnings multiple; and (2) Enterprise Value multiple:

**Price to Earnings Multiple** – Insperity currently trades at approximately 17.1x multiple to our 2019 adjusted EPS estimate of $4.18 vs. the stock's historical average multiple of 24.1x. As the number of Insperity's WSEEs continues to increase, we believe the current P/E multiple will increase to ~28x in the next twelve months. Based on our 2020 adjusted EPS estimate of $4.62 and a 27.6x multiple, we arrive at a valuation of $128.

**Enterprise Value Multiple** – We expect Insperity to generate adjusted EBITDA of approximately $251M in 2019E, and NSP shares currently trade at an ~12x EV/2019 EBITDA multiple. NSP's human capital / staffing peers trade at an average of 10.2x EV/2019 EBITDA while NSP's 10-year historical forward average is 9.6x. NSP's more direct peers in the PEO industry currently trade at ~19x 2019E EBITDA. We use a 14.9x EV/2020 EBITDA multiple including free cash flow. Using our estimated 2021 adjusted EBITDA estimate of $339M and a 14.9x multiple, we arrive at an estimated value of $128.

**Valuation Summary** – We expect that growth in WSEs and positive trends in margin should continue to occur in 2020. Using the two valuation methodologies, we set our price target at $128.

**Risks to Our Rating and Price Target:**

- Changes in the macro environment and labor markets may adversely impact the company's ability to add WSEs.
- Extensions of COBRA, or changes in the regulatory environment with regard to the labor markets could impact profitability.
- The company's ability to add new clients may be impacted by sales force turnover, or macroeconomic challenges.

## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been,

am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



Rating and Price Target History for: Insperity, Inc. (NSP-US) as of 11-04-2019

02/13/17 HOLD:$40.4 | 05/02/17 HOLD:$44 | 11/03/17 HOLD:$55 | 12/21/17 HOLD:$62 | 02/12/18 HOLD:$65 | 04/30/18 HOLD:$85 | 08/01/18 HOLD:$119 | 02/11/19 HOLD:$129 | 04/30/19 BUY:$150

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.



STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 11/04/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 408 | 61.63% | Buy | 114 | 27.94% |
| Hold | 246 | 37.16% | Hold | 42 | 17.07% |
| Sell | 8 | 1.21% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action



Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070