# Exhibit 5

# Insperity, Inc. (NSP)



SunTrust
ROBINSON HUMPHREY

# Investor Call Highlights: HC Claims at Forefront, Selling Season Upbeat

### What's Incremental To Our View

We hosted an investor conference call yesterday with Insperity's CEO Paul Savardi and CFO Douglas Sharp. The company reiterated that two consecutive quarters of elevated HC claims appear to be a statistical anomaly and are not representative of a systemic issue in the benefits plan. Positive early momentum in the 4Q selling season was encouraging with both core and mid-market accounts performing well. We reiterate our Buy rating and $128 PT.

- **The story remains unchanged on healthcare volatility.** NSP has run multiple analyses with United Healthcare (UNH, $282.67, Buy, covered by David McDonald) and fully expects the severity/quantity of outsized healthcare claims to normalize. The correlation of claims with new clients fell below historical averages in the past two quarters and ~2/3 of 3Q claims were new claimants, suggesting existing claims are unlikely to persist into future quarters. Plan administrator United's demographic review noted little to no change in the six critical demographic factors evaluated.

- **NSP is exploring coverage plans that could mitigate recent volatility in large HC claims.** In our opinion, the existing strategy has allowed NSP to grow faster in recent years while maintaining market-leading profitability. An aggregate limit on claim liability is possible, but likely would not be doable in such a way that makes economic sense for the company. A few years ago, NSP looked into a product that would have limited quarterly volatility in claims activity. In retrospect, management believes that strategy would not have made a significant difference in the overall cost trend this year.

- **Cost trends are not as severe as prior issues experienced by PEO competitors.** We think NSP should be able to maintain double-digit growth while keeping a firm handle on risk. A competitor experienced a drastic mismatch of pricing in 2015/2016 such that it required nearly two years to effectively re-price the book. In comparison, NSP's cost trend is running at 3%, representing the upper bound of the normal 2-3% range and underlying claims (below the >$250k level) are in-line with expectations.

- **Early indications from the annual selling season appear positive.** The company is feeling good about sales momentum across both core and mid-market clients. While visibility is limited due to heightened churn near the end of the year, renewals appear to be tracking well thus far.

- Our $128 PT assumes a 14.9x multiple on our 2021 adj. EBITDA estimate of $339M.

- A copy of the transcript will be available later this week. Please speak to your STRH salesperson for access.

**Tobey Sommer**
615-748-4435
tobey.sommer@suntrust.com

## Buy

**Price Target: $128.00**
*Prior: $128.00*

| | |
|---|---|
| Price (Nov. 25, 2019) | $75.03 |
| 52-Wk Range | $144.63-$68.25 |
| Market Cap ($M) | $3,025 |
| ADTV | 401,233 |
| Shares Out (M) | 40.3 |
| Short Interest Ratio/% Of Float | 1.9% |
| TR to Target | 70.6% |
| Enterprise Value ($M) | $3,133.5 |

| | |
|---|---|
| Cash And Equivalents ($M) | $130.9 |
| Total Debt ($M) | $239.4 |
| EV/EBITDA NTM | 12.3x |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **Revenue ($M)** | | | | | |
| 1Q | $1,014 | $1,153A | $1,153 | $1,259 | $1,259 |
| 2Q | $922 | $1,043A | $1,043 | $1,130 | $1,130 |
| 3Q | $925 | $1,043A | $1,043 | $1,123 | $1,123 |
| 4Q | $967 | $1,032 | $1,032 | $1,146 | $1,146 |
| FY | $3,829 | $4,272 | $4,272 | $4,658 | $4,658 |
| EV/Sales | 0.8x | 0.7x | | 0.7x | |
| **EBITDA ($M)** Adjusted | | | | | |
| FY | $240 | $251 | $251 | $277 | $277 |
| EV/EBITDA | 13.1x | 12.5x | | 11.3x | |
| **EPS** Adjusted | | | | | |
| FY | $3.75 | $4.18 | $4.18 | $4.62 | $4.62 |
| P/E | 20.0x | 17.9x | | 16.2x | |
| **Consensus EPS** Adjusted | | | | | |
| FY | -- | $4.13 | | $4.64 | |
| FYE Dec | | | | | |



## Discussion Highlights From Our Investor Conference Call

**Hoping to discuss healthcare, following the large claims in the past two quarters – has there been any evolution in your thinking or new analyses done to better inform yourselves going forward?**

- Framing what has occurred in the last two quarters, NSP has a long history of being able to estimate benefit costs on an annual basis – within a pretty tight range.
- The company performed a few analyses and discovered none of what occurred relates to any change in the plan due to new business or the demographic makeup. Typically 3-4% of claims come from new accounts – this has come in below 3.5% in the past two quarters. United ran a full demographic review at the end of 3Q and saw little to no change in critical demographic metrics.
- Drilling further into claims, there was not a repeat of claimants from 2Q to 3Q. Roughly 2/3 of 3Q claimants were different claimants, which indicates more of a random scenario. United believes this can happen from time-to-time on a plan of this size and expects the severity/quantity of claims to normalize heading into future quarters.

**Have you looked at ways to mitigate HC claims through layers of insurance, whether stop-loss insurance or some other mechanism and the tradeoffs that would entail?**

- With another quarter of heightened claims, the company has spent more time digging into potential options. The current orientation provides two distinct advantages in the marketplace (1) growing faster; and (2) being more profitable.
- Remember, we are only talking about $27M of jumbo claims which have exceeded the norm and historically NSP could have absorbed some part of that into annual standard estimating.
- An aggregate limit/overall cap on claim liability is possible, but unlikely to be doable in such a way that would make economic sense for NSP.
- NSP has previously explored coverage that would take the volatility out of an individual quarter, effectively creating a layer of coverage. Looking back, that would have taken some impact out of each quarter, but not enough to make a difference in the overall picture this year.

**With the argument NSP grew too fast and took on customers that are not the best match – what is the counterpoint?**

- The history of the business should dispel that argument very readily; have grown double-digit for a long time and ramped up faster last year onboarding the largest account ever at 2,800+ employees.
- NSP remains fully confident in existing customer selection processes at this rate of growth.
- Underlying claims below the larger ($250k+) level are tracking with expectations.



**Following the 2008-2009 collapse, margins did not recover to a similar pre-crisis level until 2017-2018. Is there any reason to think the next recession would be different?**

- A few unique things happened in 2008-2009 when $98M in adj. EBITDA fell to $50M. Roughly half of the impact was related to the extension of COBRA, NSP went from 3.6% of participants on COBRA to 7.2%. Layoffs exceeding new hires from fall 2008 into the first quarter of 2010 were the second part of the equation.
- Contracts now allow NSP to pass along the cost of a statutory change to impacted customers. With the experience of the past recession in mind, the company should be better able to quantify the impact of regulatory change and adjust pricing.
- Management would increase BPAs through the recession this go-round (still highly accretive at lower efficiency) and believe the company would come out much faster on the other side as a result.

**A PEO competitor previously had an issue with outsized HC claims. Cost trends went up, the company was forced to reprice and saw heightened churn as a result. How is your situation different?**

- NSP's situation is unique with respect to recent issues experienced by competitors. Management believes double-digit WSE growth is achievable while still keeping a firm handle on the associated risk.
- The order of magnitude is far less severe. This competitor experienced a significant mismatch of pricing and cost to the point it took them nearly 2 years to effectively reprice the book. HC claims have only driven NSP's cost trend up to 3% which represents the upper bound of a normal 2-3% range.

**Now that you are well into the annual selling season, how is it going so far and how have early returns positioned NSP for 2020 growth?**

- At this point, feeling good about sales momentum and optimism extends across both core/mid-market clients as well as new/renewing accounts.
- Hiring trends in the base remain choppy and boil down to clients struggling to find qualified employees in a tight labor market.
- Given the increased churn at the end of the year, the company won't have full visibility until the last day.

**How should investors think about share buybacks?**

- NSP benefits from a very capital-efficient business model which throws off a lot of cash and the company is not acquisitive by nature.
- Management sees a good buying opportunity at the current stock price.
- The balance sheet remains strong with less than 1x turn of debt on EBITDA.

**SunTrust Robinson Humphrey**

## Figure 1: NSP Historical and Projected Income Statements



**Insperity, Inc.**
Quarterly Income Statement
($ Thousands Except Per Share Data)

Tobey Sommer (615) 748-4435
tobey.sommer@suntrust.com
Last Published 11/04/2019

*"Required Disclosures" are on the last tab of the workbook*

| | 2017A | 1QA | 2QA | 3QA | 4QA | 2018A | 1QA | 2QA | 3QA | 4QE | 2019E | 1QE | 2QE | 3QE | 4QE | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $3,300,223 | $1,014,372 | $922,295 | $925,126 | $966,756 | $3,828,549 | $1,153,010 | $1,043,316 | $1,043,388 | $1,032,120 | $4,271,834 | $1,259,444 | $1,129,511 | $1,123,117 | $1,146,202 | $4,658,274 | $5,100,810 |
| Yr/Yr % Change | 12% | 15% | 16% | 16% | 17% | 16% | 14% | 13% | 13% | 7% | 12% | 9% | 8% | 8% | 11% | 9% | 9% |
| Salaries of worksite employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of revenues | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 84.6% | 84.6% | 84.6% | 84.6% | 183.2% | 183.2% |
| Direct costs | 2,727,492 | 814,652 | 767,751 | 759,072 | 805,165 | 3,146,640 | 926,293 | 869,581 | 872,842 | 862,296 | 3,531,012 | 1,012,001 | 939,734 | 933,952 | 949,023 | 3,834,710 | 4,168,350 |
| % of revenues | 82.6% | 80.3% | 83.2% | 82.1% | 83.3% | 82.2% | 80.3% | 83.3% | 83.7% | 83.5% | 82.7% | 80.4% | 83.2% | 83.2% | 82.8% | 82.3% | 81.7% |
| **Gross Profit** | 572,731 | 199,720 | 154,544 | 166,054 | 161,591 | 681,909 | 226,717 | 173,735 | 170,546 | 169,824 | 740,822 | 247,444 | 189,776 | 189,165 | 197,179 | 823,563 | 932,459 |
| Gross Margin | 17.4% | 19.7% | 16.8% | 17.9% | 16.7% | 17.8% | 19.7% | 16.7% | 16.3% | 16.5% | 17.3% | 19.6% | 16.8% | 16.8% | 17.2% | 17.7% | 18.3% |
| Yr/Yr % Change | 17% | 25% | 18% | 19% | 13% | 19% | 14% | 12% | 3% | 5% | 9% | 9% | 9% | 11% | 16% | 11% | 13% |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| D&A | 18,182 | 5,213 | 5,480 | 5,642 | 6,507 | 22,842 | 6,691 | 6,908 | 7,330 | 7,230 | 28,159 | 7,240 | 7,250 | 7,260 | 7,270 | 29,020 | 29,180 |
| % of Revenues | 0.6% | 0.5% | 0.6% | 0.6% | 0.7% | 0.6% | 0.6% | 0.7% | 0.7% | 0.7% | 0.7% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| **Operating Expenses** | 442,790 | 135,017 | 120,963 | 117,921 | 128,972 | 502,873 | 141,256 | 135,015 | 135,813 | 144,204 | 556,288 | 171,877 | 144,809 | 136,927 | 146,682 | 600,295 | 646,966 |
| Expense Ratio | 13.4% | 13.3% | 13.1% | 12.7% | 13.3% | 13.1% | 12.3% | 12.9% | 13.0% | 14.0% | 13.0% | 13.6% | 12.8% | 12.2% | 12.8% | 12.9% | 12.7% |
| Yr/Yr % Change | 15% | 28% | 12% | 7% | 8% | 14% | 5% | 12% | 15% | 12% | 11% | 22% | 7% | 1% | 2% | 8% | 8% |
| **EBITDA** | 151,536 | 71,372 | 40,868 | 55,803 | 41,827 | 209,870 | 95,397 | 48,430 | 44,637 | 35,424 | 223,888 | 83,107 | 52,517 | 59,798 | 58,067 | 253,489 | 315,874 |
| EBITDA Margin | 4.6% | 7.0% | 4.4% | 6.0% | 4.3% | 5.5% | 8.3% | 4.6% | 4.3% | 3.4% | 5.2% | 6.6% | 4.6% | 5.3% | 5.1% | 5.4% | 6.2% |
| Yr/Yr % Change | 22% | 23% | 46% | 57% | 40% | 38% | 34% | 19% | -20% | -15% | 7% | -13% | 8% | 34% | 64% | 13% | 25% |
| **Adjusted EBITDA** | 177,682 | 83,813 | 46,620 | 61,572 | 47,596 | 239,601 | 101,437 | 56,686 | 51,154 | 41,966 | 251,243 | 88,857 | 58,277 | 65,568 | 63,847 | 276,549 | 339,134 |
| Adjusted EBITDA Margin | 5% | 8% | 5% | 7% | 5% | 6% | 9% | 5% | 5% | 4% | 6% | 7% | 5% | 6% | 6% | 5.9% | 6.6% |
| Yr/Yr % Change | 26% | 34% | 40% | 43% | 24% | 35% | 21% | 22% | -17% | -12% | 5% | -12% | 3% | 28% | 52% | 10% | 23% |
| **Operating Income** | 129,941 | 64,703 | 33,581 | 48,133 | 32,619 | 179,036 | 85,461 | 38,720 | 34,733 | 25,620 | 184,534 | 75,567 | 44,967 | 52,238 | 50,497 | 223,269 | 285,494 |
| Operating Margin | 3.9% | 6.4% | 3.6% | 5.2% | 3.4% | 4.7% | 7.4% | 3.7% | 3.3% | 2.5% | 4.3% | 6.0% | 4.0% | 4.7% | 4.4% | 4.8% | 5.6% |
| Yr/Yr % Change | 22% | 21% | 46% | 62% | 38% | 38% | 32% | 15% | -28% | -21% | 3% | -12% | 16% | 50% | 97% | 21% | 28% |
| Other Income | 2,790 | 386 | 1,807 | 2,028 | 2,701 | 6,922 | 3,245 | 2,802 | 2,574 | 2,574 | 11,195 | 300 | 300 | 300 | 300 | 1,200 | 1,200 |
| **Pre-Tax Income** | 130,141 | 65,089 | 34,280 | 48,987 | 34,004 | 182,360 | 87,025 | 39,883 | 35,185 | 26,102 | 188,195 | 73,805 | 43,235 | 50,536 | 48,825 | 216,401 | 279,106 |
| Pre-Tax Margin | 3.9% | 6.4% | 3.7% | 5.3% | 3.5% | 4.8% | 7.5% | 3.8% | 3.4% | 2.5% | 4.4% | 5.9% | 3.8% | 4.5% | 4.3% | 4.6% | 5.5% |
| Yr/Yr % Change | 24% | 22% | 50% | 64% | 41% | 40% | 34% | 16% | -28% | -23% | 3% | -15% | 8% | 44% | 87% | 15% | 29% |
| Taxes | 45,739 | 15,098 | 9,720 | 12,780 | 9,349 | 46,947 | 10,736 | 11,327 | 9,326 | 7,570 | 38,959 | 14,761 | 10,376 | 12,129 | 11,718 | 48,984 | 62,833 |
| Tax Rate | 35.1% | 23.2% | 28.4% | 26.1% | 27.5% | 25.7% | 12.3% | 28.4% | 26.5% | 29.0% | 20.7% | 20.0% | 24.0% | 24.0% | 24.0% | 22.6% | 22.5% |
| **Net Income (common shares)** | 82,209 | 49,406 | 24,214 | 35,704 | 24,314 | 133,638 | 75,258 | 28,247 | 25,575 | 18,232 | 147,312 | 58,544 | 32,659 | 38,207 | 36,907 | 166,317 | 215,173 |
| Yr/Yr % Change | 27.4% | 41.8% | 75.8% | 89.3% | 65.1% | 62.6% | 52.3% | 16.7% | -28.4% | -25.0% | 10.2% | -22.2% | 15.6% | 49.4% | 102.4% | 12.9% | 29.4% |
| Diluted Shares Outstanding | 41,170 | 41,869 | 41,819 | 41,516 | 41,500 | 41,676 | 40,790 | 40,938 | 40,317 | 40,117 | 40,540 | 39,867 | 39,717 | 39,617 | 39,817 | 39,755 | 38,742 |
| **EPS** | $2.00 | $1.18 | $0.58 | $0.86 | $0.59 | $3.21 | $1.85 | $0.69 | $0.63 | $0.45 | $3.63 | $1.47 | $0.82 | $0.96 | $0.93 | $4.18 | $5.55 |
| Yr/Yr % Change | 29% | 40% | 74% | 89% | 61% | 61% | 57% | 19% | -26% | -22% | 13% | -21% | 19% | 52% | 104% | 15% | 33% |
| Net Income after adjustments | 99,000 | 58,961 | 28,335 | 40,471 | 28,838 | 156,605 | 81,584 | 34,467 | 30,648 | 22,877 | 169,576 | 62,856 | 36,979 | 42,535 | 41,242 | 183,612 | 232,618 |
| **Adjusted EPS** | $2.45 | $1.41 | $0.68 | $0.96 | $0.69 | $3.75 | $1.98 | $0.83 | $0.75 | $0.57 | $4.18 | $1.58 | $0.93 | $1.07 | $1.04 | $4.62 | $6.00 |
| Yr/Yr % Change | 37% | 53% | 65% | 70% | 27% | 53% | 41% | 22% | -22% | -18% | 12% | -20% | 12% | 43% | 82% | 10% | 30% |



| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg number of WSEs per mth | 182,696 | 195,683 | 203,950 | 215,051 | 221,809 | 209,123 | 225,525 | 232,010 | 240,939 | 244,000 | 235,619 | 246,950 | 254,051 | 263,828 | 267,180 | 258,002 | 282,512 |
| Fee rev per WSE per mth | | | | | | | | | | | | | | | | | |
| Bonus revenue | | | | | | | | | | | | | | | | | |
| Other revenue | | | | | | | | | | | | | | | | | |
| Revenue per WSE per mth | 1,505 | 1,728 | 1,507 | 1,434 | 1,453 | 1,531 | 1,704 | 1,499 | 1,444 | 1,410 | 1,514 | 1,700 | 1,482 | 1,419 | 1,430 | 1,508 | 1,508 |
| Fee payroll cost per WSE per mth | | | | | | | | | | | | | | | | | |
| Gross markup per WSE per mth | | | | | | | | | | | | | | | | | |
| Gross profit per WSE per mth | 261 | 340 | 253 | 257 | 243 | 273 | 335 | 250 | 236 | 232 | 263 | 334 | 249 | 239 | 246 | 267 | 276 |
| Operating exps per WSE per mth | 202 | 230 | 198 | 183 | 194 | 201 | 209 | 194 | 188 | 197 | 197 | 232 | 190 | 173 | 183 | 194 | 191 |
| Operating inc per WSE per mth | 59 | 110 | 55 | 75 | 49 | 73 | 126 | 56 | 48 | 35 | 66 | 102 | 59 | 66 | 63 | 73 | 85 |
| Net income per WSE per mth | 38 | 85 | 40 | 56 | 37 | 53 | 113 | 41 | 36 | 25 | 52 | 79 | 43 | 48 | 46 | 54 | 63 |
| **YOY Change in WSE stats:** | | | | | | | | | | | | | | | | | |
| Avg number of WSEs per mth | 10.2% | 12.2% | 13.1% | 15.2% | 17.0% | 14.5% | 15.3% | 13.8% | 12.0% | 13.6% | 12.7% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% |
| Revenue per WSE per mth | 1.8% | 2.4% | 2.4% | 0.9% | -0.1% | 1.7% | -1.4% | -0.5% | 0.7% | -3.0% | -1.1% | -0.2% | -1.1% | -1.7% | 1.4% | -0.4% | 0.0% |
| Gross profit per WSE per mth | 5.7% | 11.5% | 5.0% | 2.8% | -3.2% | 4.7% | -1.5% | -1.2% | -8.2% | -4.5% | -3.7% | -0.3% | -0.4% | 1.3% | 6.0% | 1.4% | 3.4% |
| Operating exps per WSE per mth | 4.4% | 13.9% | -0.5% | -7.1% | -7.2% | -0.7% | -9.1% | -2.0% | 2.7% | 1.5% | -1.9% | 11.0% | -2.1% | -8.0% | -7.1% | -1.5% | -1.6% |
| Operating inc per WSE per mth | 10.3% | 8% | 31% | 42% | 17% | 23.2% | 15% | 2% | -36% | -29% | -8.6% | -19% | 5% | 38% | 80% | 10.1% | 16.5% |
| Net income per WSE per mth | 15.2% | 25% | 54% | 65% | 35% | 40.1% | 33% | 2% | -36% | -32% | -2.2% | -30% | 5% | 34% | 85% | 3.1% | 18.2% |

Source: Company reports and SunTrust Robinson Humphrey estimates



## Company Description

Insperity Inc. (NSP), based in Kingwood, Texas, is a professional employer organization (PEO) that serves as a full-service human resources department for small businesses. The company provides its clients with benefits and payroll administration, medical and workers' compensation insurance programs, personnel records management, employer liability management, employee recruiting and selection, performance management, and training and development services. The company serves a wide range of industries, including finance and accounting, real estate, technology, legal, manufacturing, medical services, and the retail and wholesale trades. Insperity has 49 sales offices in 24 major markets across the U.S.

## Investment Thesis

We view NSP as a strong growth story tapping an underserved SMB market for HR outsourcing (5% penetrated), with an eminently scalable business model (expenses 50% fixed / 50% variable) We view management as one of the most experienced and best in the space and will likely adapt very well compared to peers. After 25+ years offering a single bundle of HR services (HR services, payroll, healthcare and workers compensation insurance), NSP has more recently assembled various bundles to broaden the appeal of the company's service offerings to include larger mid-market companies with 150-5,000 employees. We think this new market segmentation should double the TAM to 71M employees in the U.S. We believe new technology and tools could sustain or even enhance retention. NSP has steadily driven down customer turnover from the the historic 20% range to the mid-teens. We rate the stock Buy.

## Valuation and Risks

**NSP Valuation:**

We value Insperity shares based on two methods: (1) Price/Earnings multiple; and (2) Enterprise Value multiple:

**Price to Earnings Multiple** – Insperity currently trades at approximately 17.9x multiple to our 2019 adjusted EPS estimate of $4.18 vs. the stock's historical average multiple of 24.1x. As the number of Insperity's WSEEs continues to increase, we believe the current P/E multiple will increase to ~21x in the next twelve months. Based on our 2021 adjusted EPS estimate of $6.00 and a 21.3x multiple, we arrive at a valuation of $128.

**Enterprise Value Multiple** – We expect Insperity to generate adjusted EBITDA of approximately $251M in 2019E, and NSP shares currently trade at an 12.5x EV/2019 EBITDA multiple. NSP's human capital / staffing peers trade at an average of 10.6x EV/2019 EBITDA while NSP's 10-year historical forward average is 9.7x. NSP's more direct peers in the PEO industry currently trade at ~17x 2019E EBITDA. We use a 14.9x EV/2020 EBITDA multiple including free cash flow. Using our estimated 2021 adjusted EBITDA estimate of $339M and a 14.9x multiple, we arrive at an estimated value of $128.

**Valuation Summary** – We expect that growth in WSEs and positive trends in margin should continue to occur in 2020. Using the two valuation methodologies, we set our price target at $128.

**Risks to Our Rating and Price Target:**

- Changes in the macro environment and labor markets may adversely impact the company's ability to add WSEs.
- Extensions of COBRA, or changes in the regulatory environment with regard to the labor markets could impact profitability.
- The company's ability to add new clients may be impacted by sales force turnover, or macroeconomic challenges.

## Companies Mentioned in This Note

**UnitedHealth Group Incorporated** (UNH, $282.67, Buy, David MacDonald)



## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: UNH-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for investment banking services within the last 12 months: UNH-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: UNH-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-investment banking securities-related services within the last 12 months: UNH-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-investment banking services within the last 12 months: UNH-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-securities-related services within the last 12 months: UNH-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-securities related services within the last 12 months: UNH-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



SunTrust
Robinson Humphrey



**Rating and Price Target History for: UnitedHealth Group Incorporated (UNH-US) as of 11-25-2019**

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 11/26/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 409 | 60.95% | Buy | 113 | 27.63% |
| Hold | 254 | 37.85% | Hold | 39 | 15.35% |
| Sell | 8 | 1.19% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070