# Exhibit 6

Case 1:20-cv-05635-NRB    Document 54-6    Filed 04/26/24    Page 2 of 35



## SUNTRUST ROBINSON HUMPHREY

**Moderator:  Elise Blocker**
**November 25, 2019**
**11:55 am CT**


Coordinator:    Welcome everyone and thank you all for standing by.  At this time all participants are in a listen-only mode.  After the presentation we will conduct a Q-and-A session.  To ask a question, you may press star and then the number 1.  Today's call is being recorded.  If you have any objections, you may disconnect at this point. I will now turn the meeting over to your host, Tobey Sommer.  You may begin.

Mr. Paul Sarvadi is the Chairman and CEO of Insperity, a professional employer organization. Mr. Sarvadi is not a member of the SunTrust Robinson Humphrey Research Department. Unless otherwise indicated, his views are his own and may differ from the views of the SunTrust Robinson Humphrey Research Department and from the views of others within SunTrust Robinson Humphrey.  Please see our website at www.suntrustrh.com for our Equity Research Library and required disclosures."

Tobey Sommer:    Thank you very much.  I'm the Business Services and Government Services Analyst here at SunTrust.  We're pleased to host an investor call, we hope this is an interactive one, with Insperity.  We have Paul Sarvadi, the CEO, and Douglas Sharp, the CFO.

Operator, could you give the instructions to - for everybody to enter the Q-and-A, and then perhaps I can lead things off with a question and we'll see to the extent I can just recede to the background and let investors dictate the flow?

Coordinator:    Certainly.  For participants, if you would like to ask a question, you may press star and then the number 1.  Please unmute your phone and record your name slowly and clearly.  Your names are required to introduce your question.  To cancel the request, you may press star and then the number 2.  Once again, star 1 to ask a question and star 2 to cancel the request.  Thank you.

Tobey Sommer:    Thank you very much, (Jake).  And I'll start things off.  Paul, Doug, thank you for participating.  And I was hoping that we could start out by discussing healthcare in the large claims that have occurred in each of the last two quarters, and any evolution in your thinking or new analyses that you've done to, you know, to enlighten yourselves as to how to manage this and what to expect on a go-forward basis?  Thank you.

Paul Sarvadi:    Sure, Tobey.  Thanks for the question, and thanks again for setting up the call, and appreciate having investors who are with us today.

So, just in addressing the - what actually occurred in the last two quarters, let me just put it in perspective for you.  You know, we have had a long history of being able to estimate our ultimate plain costs and therefore benefit costs on an annual basis.  You know, for many, many years we've been able to project that number within a pretty tight range.  Now, on occasion, in the past, we've had a particular quarter of a given year where the large claims that happened kind of randomly over a plan year are somewhat concentrated in a given quarter for a random reason.  And I think our investors had been somewhat familiar with that.  When that occurs, we haven't seen, you know, much reaction to at least the last time or two.  I think it happened three times in the last 10 years.

What is extremely unique in this situation was, for 2019, this is the first time ever we had two quarters in the same year, much less two quarters back to back, where we had a high incident rate of large claims.  And there are a

couple of different ways to evaluate that.  But when you drill down into the detail, the best descriptor, best data that we can provide for investors today to say what really happened is that, if you look at claims that are greater than $250,000, so what you'd call jumbo claims that have occurred over this past period, we actually have, you know, kind of moved from having a history of being below United's book of business for these types of claims to this period where we've been slightly above United's book.  And that really kind of says it all.

Now if you look in the detail of the last two quarters, there's several things we've done to be sure that we understand the issue and can therefore evaluate what the best course of action is going forward.

And so what we've discovered is a couple of things.  First of all, there's none of what occurred in the last couple of quarters relates to any major change in our plan coming from either new business we bring on or some change in the demographics of our plan.  And to substantiate that, we basically, in fact every quarter, we look back at the large claims that occurred, over 100,000 in a given quarter, and we say what percentage of that was attributable to, you know, to new accounts that were brought on in the last six months.

Historically, that has been between 3% to 4% of our total claims coming from new accounts, and then both of these last two quarters was below 3-1/2, so it was even closer to the lower end than it was to the high end of our historical range.  So we know this wasn't the result of adverse selection in picking clients.

So, secondly, normally only on an annual basis you do a full-blown demographic review to see if average age or gender or geographic location or those typical factors are affecting your plan.  We had United run that again at the end of the third quarter, and based on the, you know, same period last

year, we have, you know, little to no change in the six or so key demographic metrics that they used in what they call their dashboard. And so that, we certainly don't have a change in the base.

So that kind of leads you to, you know, other aspects of drilling down to see if we had claims in the second quarter that would persist that are ongoing that are elevating the trend for the long haul. And what we found was that, first of all, there was not a repeat of the same claimants from the second to the third quarter that had these large claims.

So, about two-thirds of the claimants in the third quarter were different claimants then to second quarter. So it literally was two quarters in a row with an elevated level of large claims, from a different set of participants largely.

And, you know, it doesn't make us feel any better but it is, you know, more what you'd call a random scenario. And on these jumbo claims are carrier. United says that, you know, even a plan our size, you know, you can have this happen from time to time. And as we mentioned on the call, they fully expect it to normalize as we go into, you know, over the course of the coming quarters. They don't see any reason from either the elevated number of claims or the severities, was the same, and they don't see a reason for this not to normalize over time.

Tobey Sommer:   Thanks, Paul. I'll ask one other follow-up and then we'll open the Q-and-A to investors. Have you, over the course of your history and perhaps more recently, looked at ways that the company could mitigate this through some additional layer of insurance, either a stop loss or some other mechanism? And could you just, if you have, discuss the trade-offs in that and how you view that as an option?

Paul Sarvadi:    Absolutely.  Of course, with this incident, we certainly have spent a little more time digging on what some of the options are.  Keep in mind this has worked very well for us in the past, and it provides us with two distinct advantages in the marketplace.  And ultimately, for our business model, it allows us to grow faster and be more profitable.  And even after this, we're still the fastest-growing and the most profitable in the business.  But it also has to do with us being able to select our clients and manage the pricing and the cost, because remember, this is only the cost side, it's a matter of managing pricing cost to be effective at this over time.

However, we are looking at a couple of options.  You can buy stop loss coverage at an individual stop loss or, in a fully insured plan, it's called a pooling limit, and, you know, you could but it at 500,000 or 750,000 or 250,000.

And generally you don't see it in a plan our size.  You don't see people buy that type of coverage, because you generally pay a lot more for it than what you're going to get out of it in terms of covering claims.  Obviously, insurers want to make money on that.  And it really doesn't take out a lot of what we - of what occurred this time, you know, because you'd pay the first 250 and the amounts over that you would not pay.  And so it's something we're looking at, it's something we're evaluating.  We'll make a determination as we go on to the next plan year of whether or not we want to add a pooling limit.

The second thing would be an aggregate limit to the spend.  So, kind of looking at the overall plan for the year on a per-participant basis and trying to come up with a, you know, overall cap.  And, you know, that's possible, it's doable, but it's highly unlikely that it would be doable at a level that would have made a difference in this scenario.  Because you're only talking about 27 million in total being above kind of what we would have - actually 27 million is the number to the degree at which these jumbo claims exceeded the norm.

Man:              Right.

Paul Sarvadi:     And we actually could have absorbed, you know, some portion of that within our annual standard estimating, etcetera. But the likely aggregate level from a carrier, you know, when we talk about 27 million on a, you know, 1-1/2 billion in claims, that's, you know, kind of a, you know, a rounding error.

                  So, you know, we are looking at it. We will see what we can find on that front. Up until this quarter, you know, we had been looking in the past for something that would take out the volatility of a single quarter, because that's what we've experienced historically, was one bad quarter out of a - in a year, maybe three times in 10 years, and we almost put together a kind of a layer of coverage a couple of years ago, wasn't quite able to get it in place. Now looking back, that wouldn't have helped this a lot. It would have taken out some from each quarter, but, you know, not enough to kind of make a difference in the overall picture.

                  So we are looking at it and we'll see what we come back with, and we'll inform investors on that front as soon as we're finished with that process.

Tobey Sommer:     Okay, great. (Jake), could you see if there are questions in the queue?

Coordinator:      At this time we don't have any questions on the queue. But once again, for participants, if you would like to ask a question, please press star 1 now. Thank you.

Tobey Sommer:     And Paul, in the - oh, go ahead.

Paul Sarvadi:     I was going to say, let me cover one other thing that I'd like to cover on where this kind of leads us and where you go from here. Because I think it's

important to note that our estimated trend in our benefit plan for the full year, when we started the year, was 2% to 3%. And after the first quarter, it looks like we'd be closer to two than the three. After the second quarter, it looked like we'd be closer to the 2-1/2, the midpoint of our range. After the third quarter, you'd be more closer to, you know, three. And then of course we incorporated in our guidance for the fourth quarter that we'd have continuing claims like we had in the second and third. Just we felt like that was the prudent and appropriate thing to do, you know, even though there's nothing in the data that tells you it's likely to happen, but it happened twice in a row so we kind of put it in there. We thought that was a prudent thing to do.

But even with that, three quarters of elevated, large, you know, jumbo claims like this, you're looking at a trend increase of 3.7%, which is still well below the marketplace even for - which is for small companies you're looking at something around, you know, 7% to 8%. If you look at the last five years, it's about 5%. And for large businesses, this period, according to the Kaiser Annual Health Survey Trend, you're looking at about three 3.8 for large companies, and that's kind of, you know, in line with where we're coming in.

If you look at the last five years, large companies come in at 3.7%, and we've been at about 2.17%. Now that's after, you know, not just the trend itself but also people adjusting to pick lower-cost plans, which is something that we actively help people with, drive people toward, to help manage the program better.

So, even after this tough year, we're well in line on the pricing side. You know, we typically are passing pricing onto our clients at a higher level than this trend that we've recently built in. You know, then afterwards, based on the adjustments, we really don't know till after the first year which plans they pick, etcetera.

But I would anticipate we would have increases already built in in the 3-plus percent range.  So we don't have a price/cost mismatch that you may have seen before.  You know, we had one of those back in 2002 and '03.  We've seen others have those and it usually takes a year to 18 months to resolve that.  That is not the situation we have here.

Tobey Sommer:    Okay, appreciate you laying that foundation.  (Jake), do we have some questions in the queue?

Coordinator:    Yes.  We have our first question coming from the line of (Dylan Edelman).  Your line is open.

(Dylan Edelman):  Hi guys.  Thanks for taking the time to speak with all of us.  I'll start with a question on passing through healthcare price increases.  So, given the 3.7% increase in prices for employers going into next year, should we expect that the 2020 level is going to make up for the losses in 2019 and then some?  Or is this just rebasing to the level that we already saw in 2019?  So in other words, does this 3.7% recoup the losses that you have or is it merely adjust to the new baseline that's going forward?

Paul Sarvadi:    That's a great question, thanks for asking it.  And what you need to kind of picture, if you could, you know, we are renewing accounts and selling new business every month throughout the year.  Throughout this year we've been renewing accounts, selling new ones at benefit prices higher than what we, you know, what we've had ongoing.  So we're building in a price increase.  And in fact, every quarter we determine how much to increase the base rates that are in our system.

And so we've done that, you know, three times this year.  And after the second quarter, we kind of boosted up to the high end of our range.  And one thing we mentioned a couple of quarters ago that's been continuing is that our net all-in

pricing from the customer base has been higher than our expected level, which is a good thing when you have a situation like this.  So we feel like we have some momentum on the price side that's already filtering in and will fully come in as you get into early next year.  Keep in mind we knew about 45% of our customer base in the December to February period, and then you renew the other 55% over the balance of the year.  So we've already, you know, have decent increases built in.  And that, I believe that accounts for nearly the full 3.7.

So, as we go into next year though, whether you have only accounted for the base or the trend in the next year, you know, kind of depends on what's the likelihood of, you know, having this kind of situation repeat like another 3.7% increase next year.  And we think that's, you know, highly unlikely, and we, you know, what we said last quarter and the direct answer to your question is, is that we believe on the pricing side we will have accounted for the trend that has occurred.  And if the claims normalize, then you would have - you would start to recover some of what was lost last year.

So, you know, maybe the best way to describe that is to maybe go to the gross profit line for a second.  You know, we started the year looking at around a 267 per employee per month, $267 per employee per month as our target.  As the year progressed, it looks like we'd be more around 270, as once these claims hit, now it looks more like 260.  If you follow that all the way through to the adjusted EBITDA for worksite employee, we were, you know, looking at 95 bucks maybe when the year started.  As the year progressed, thought we might get to 98.  After these claims, you're at, you know, 88, 89 bucks.

So, still the most profitable EBIT both at the gross profit line and at the adjusted EBITDA line.  But if we are - have, you know, the pricing offsets the trend, as we expect, you know, your starting point is certainly at the 260, and then we have other things like the workers' comp program, what we're doing

on the unemployment costs, other pricing things, especially the (RWX) program that we've started selling this new service, that adds into the gross profit line. So we'd be looking to improve on that 260 number. And then if the claims normalize like we expect, you'd start to migrate back, you know, toward those other levels that we've seen previously.

(Dylan Edelman): So, just as a follow-up question on that, just to clarify. If the trend reverts back to the pre-2019 trend line, does that mean that you expect gross profit per worksite employee is going to be higher than it's been in the past? Because I mean, looking at the numbers here recently, gross profit per worksite employee has more or less been flat to probably down. It sounds like you think it'll be in the range of 260 this year versus 272 last year. Should we expect that in 2020, if it reverts to the historic trend line, that should be well above that 272?

Paul Sarvadi: I think you see, and Doug, you probably have the numbers going back a little further, but we've been on an incline there.

(Dylan Edelman): Well, my understanding is the incline has really only been in the last two years versus over the past, say, five, it isn't up that much per year.

Douglas Sharp: Well, we're at about 250 gross profit per employee back in 2015, okay? I think '17 was around 260, '18 was 272. So, no, it has increased, you know, at least over the past five years. You can go back before then also.

Paul Sarvadi: So what you have is an interruption in that trend, and so I don't, to answer your question, I don't expect to go from 260 to 280, okay, to rebound back to that previous trend. But I would expect that, things normalized, you would see us, you know, recover from that and start moving up the same - the ways you saw previously.

(Dylan Edelman):    So you do think that you can continue to get growth in the gross profit per worksite employee in the range of 4% to 6% that it's been in the last two years rather than in the low single digits, the flat that it was from 2012 to 2016?

Paul Sarvadi:    Yes.  There's a couple of drivers to that that I think are important to note, so you can, you know, understand kind of how I'm arriving at that.  First of all, we had some - there are three components to that gross profit number.  There's the HR services that we build in our pricing of our co-employment services that we offer, basically our workforce optimization.  And for midmarket we have two co-employment offerings, Workforce Optimization and Workforce Synchronization.  And there's been downward pressure on that component driven by the mix change from our success in midmarket, because midmarket companies have a higher gross - I'm sorry, a lower gross profit per worksite employee but have about the same operating income per worksite employee.

So as we've reached this mix level between midmarket and the core, that mark-up component has metered down slightly, but that has not flattened, and like I was mentioning earlier, we've had some good pricing strength on the mark-up component on both core and midmarket.  And so, you know, I believe we can at least keep that flat, if not, start to see that move up as we look out over the next few years.  So that's coming from one component.

The second component is this management fee we earn for managing the composite, what I call these four buckets of benefits, workers' comp, payroll taxes, and employment practices coverage, or, you know, employment type claims.  And all the dollars that we allocate within our pricing for those components, we target a 5% to 7% management fee for managing those areas.

You know, in previous years we've kind of migrated up from 4 to 5, to 6, 7.  This year we'll be lower.  But we expect to be able to manage it in that range on an ongoing basis.  And since those areas of our, you know, those

allocations escalate faster because of the inflation and benefits, etcetera, then that 5% to 7% turns into more dollars as you go into the future on a per-employee level.  So you have some upward, you know, upward - you're inclined to see that number move up over - as years progress just because of the way that works.

Then the third component is really important because all the other offerings that we have that are in the traditional employment space, whether it's expense management or recruiting or any of these other areas.  Some of those things are tacked onto our co-employment customer contracts and add another line to our gross profit number.

But more recently, we added workforce acceleration to the mix, which is a bundled solution in the traditional employment space.  So, instead of selling those on a one-off basis one at a time, every prospect we call on, which is, you know, 45,000 business owners would call or on face-to-face every year, instead of selling 1 out of 10 like we do on our Workforce Optimization co-employment solution, we now have the opportunity to sell some of those other nine on another bundle that is a traditional (appointed) bundled that's priced about a third of the price, it's about a third of the value to Insperity, but it's a good first step for these companies to get their arms around the HR function. There's good technology that comes with it, it's a premium service offering in the traditional employment space, so it's not like we're going after a different target customer.  It's that same target customer.  But they're not quite ready or don't qualify yet to be a co-employment customer.

And so we believe we can, you know, ultimately will work our way to a one-to-one ratio between WO and WX.  You know, maybe it can be two or three customers for every one customer.  If that case, you're doubling your productivity from your sales organization.

So that's kind of the central focus.  And all those dollars come in to the gross profit line, and, you know, if I look at how we've accelerated this year, we are - this was the first year to roll that traditional employment solution out fully across our BPA team, our business performance advisor team, and, you know, with, you know, it took a couple of iterations to actually get the product set right, got that right, got that launched this year, and we have definitely seen traction in moving this across the base.  And, you know, that, just to give you some, you know, try to quantify that, we think that can add a couple of bucks at the gross profit line, you know, for many years to come.  So, you know, that again gives us the bias that we'll keep moving that gross profit up.

And so if you look at the total model, you know, it's really about growing the company, growing the units in double digit, which is driven by the number of BPAs that we have out there.  If we grow that by double digits, typically a couple of quarters to three quarters out, that's about how fast you grow the business, plus or minus any impact from midmarket sales and retention.  So that gives you that growth line of double digits.

Then you have, you know, this little bit of margin improvement that you can work toward at the gross profit line.  And then the third component of course is that we don't have to grow all parts of the business in tandem with the unit growth, therefore there's operating leverage that drops to the bottom, you know.  So that's the model.  You know, you can grow in 10% to 15% unit growth, you can grow gross profit a couple of points higher than whatever you do on that line.  You can then count on a couple points plus on operating leverage, and, you know, it's a great model we can run for a long, long time.

Coordinator:     Thank you.  Once again, to ask a question, please press star 1.  Please limit yourself to one question and follow-up.

Our next question is from the line of (Scott Hogan).  Your line is open.

(Scott Hogan):     Hey, can you guys hear me?

Douglas Sharp:     Sure.

Paul Sarvadi:     Yes.  Hi, (Scott).

(Scott Hogan):     Hey.  Just on the overall pricing equation to the customer.  So if I'm a renewing customer, you know, you're trying to go after this 3-point - or higher 3% healthcare cost inflation, but what does the customer see?  What gross price increase are you sending them?

Paul Sarvadi:     Yes.  So the customer sees a full set of rates that actually -- this is a little bit complicated but it's worth talking about for a minute -- we actually price every individual employee based on the specific characteristics of that employee, what their job is, what their comp code is, what state they work in, what their benefit selection is, what their, you know, payroll amount is, all the details that go in there.  And all the components of payroll tax, workers' comp, benefits, all these allocations, and our mark-up, are all included for each individual, and that determines an individual employee's rate.

Then, you know, those individual employees are grouped based on, typically, on how the customer looks at their business.  So they might say, if they're a manufacturer, they'll say, "Well, I have my admin people, my sales team, and my manufacturing or shop people."  And you, you know, they'd have three groups that you put those altogether gives them an average grade.

Now, underneath that, there's also the benefit plan that they can see the difference between how much employees are paying for their coverage based on whatever their dependent contribution levels are.  So they might say, okay, well, we're going to do half and half.  We'll pay - we pay the employees and

they pay the dependents, or we pay 50% of anything.  There's all kinds of - people can have whatever, you know, policy they want on that front.

So they can kind of see through that, even though we're giving them a total rate and we will have gone in and looked at pricing on each component, and they'll have a total pricing level that they receive, they're also able to kind of see underneath there what's happening in the benefit plan.  And this is where our customers are typically getting a, you know, maybe 5% to 7% increase in their benefit components, what we call the benefit allocation, if they don't change anything.  If they just keep it just as it is, you know, we will be typically putting, you know, 5% or something in that initial bid.

So then there'd be a discussion with the client about what they want to do on the plan.  Do they want to, you know, offer some lower-cost plans?  Do they want to increase deductible?  As you know, there's been a real trend toward moving to high deductible plans that are lower cost, but the, you know, the employee's responsible for that first deductible, you know, a thousand or $1500.

More recently, companies are now seeding an HSA account to help employees make the transition to this type of program.  And so that, when you weigh that in and say the customer wants to offer that, they want to save some money into the HSA, we would help them do that and they would likely, you know, see, once they see kind of what percentage of their population moves into these programs, they might only see a 2% increase in the total, you know. And that's what we would see as the net increase in pricing.  However, the cost is going down because they picked a lower-cost plan.  Does that make sense?

(Scott Hogan):     Yes.  So I guess when you net this stuff out, I guess, what is your gross - what have your gross price increases been the last couple of years?  And then, you

know, as you observe this higher healthcare cost, what will your all-in cost kind of look like at a macro level going into January?

Paul Sarvadi:    Well, we've been getting around 3%, you know, all in.  And so, you know, that's why I say this is not, you know, hair on fire -- I don't have much hair anyway to be on fire -- but this is not a hair on fire situation on the pricing side.  It's well within a manageable range for managing price and cost on benefits.

(Scott Hogan):    Have you guys analyzed that mix shift to the higher copays by the participants?  Is that driving any increase to the severity or whatnot?  You know, are these claims driven in any way by that?

Paul Sarvadi:    Well, that's a good question, but let's keep in mind, we did not have an increase in the severity.  Severity would mean the average size of a large - of these large claims.  And if we look at the claims above 250, it was the incident (rate).  In other words, how many of them we had, not the average size of them, that made a difference.

But even so, you know, these were issues like, you know, a heart attack or, you know, an accident, or, you know, things that it's not a planned situation to have a $250,000 claim.

So really on that, (we didn't) change, you know?

(Scott Hogan):    Yes.  Just last question, sorry to keep you guys here.

Paul Sarvadi:    Sure.  It's okay.

(Scott Hogan):    You look back at what, you know, TriNet had a pretty big hiccup, and I think it was either 2015 or 2016, and I've tried to go back and read some notes on

what they experienced, but I think it was pretty similar.  You know, they had healthcare costs didn't go up, they had to reprice for it, then they had, you know, a little bit higher churn, but, you know, the notes, it's so far back, it's kind of hard to get notes on it.  But if you - do you remember what…

Paul Sarvadi:      That was very different.

(Scott Hogan):     …how is your issue different?

Paul Sarvadi:      That was very different, okay?  What happened with TriNet, and, you know, this was a matter of, you know, the way they went public was to put several companies together under one platform and show some dramatic growth. They grew very fast.  And I've said this for a long time, that, you know, the way we look at the business, as your worksite employee is a unit of revenue, unit of cost, but - and so your unit of profitability, but they're also a unit of risk.  So you have to grow your worksite employees at a rate at which you, you know, can keep your arms around the risk.  And in that particular case, you know, they grew north of 20% and, you know, you just don't know what you're getting, you know, a lot of times.

And so when we saw that happening, what they ended up with was a price/cost mismatch, meaning cost going up, you know, 6% or 7% and they've only priced in 3.  Okay.  When you have that situation, I'm not saying those numbers are exact, I'm just saying the mismatch was significant to where it was going to take a full year to year and a half of repricing a customer base to make up that difference.  That's not what we have here.

You know, we have two quarters in a row of an elevated number of large claims out of line with what we've had in the past that's expected to normalize. And even with those, it only drove the trend up to 3.7.  We typically, you

know, end up with a net of around 3 anyway.  So this is not a huge price/cost mismatch.

(Scott Hogan):    Okay.  That's good for me for now, thank you.

Paul Sarvadi:    You bet.  Thank you.

Coordinator:    Thank you.  Our next question is coming from the line of (Andrew) from (Encore Capital).  You may begin.

(Andrew):    Hello guys.  Can you guys hear me?

Paul Sarvadi:    Hi, (Andrew).  Thanks.  You bet.

(Andrew):    Yes, wonderful.  Just maybe going back to, you know, considering kind of that you guys feel comfortable that you guys can go back to that double-digit growth and, you know, from a historical perspective, you know, where the shares are, how do you guys think about share buybacks at this point?

Paul Sarvadi:    Yes, that's a great question.  It's important to note our history on buybacks, and Doug, maybe you can comment a little bit on this.

Douglas Sharp:    Yes.  I mean, over the course of our history, we bought back more shares.  We currently have outstanding.  We've been a big buyer of our shares.  And obviously, the big driver there is just a very capital-efficient business that (throws) off quite a bit of cash.  And we're not acquisitive by nature.  We've looked at all the potential acquisition targets out there over the years, but typically the customer base of that target does not match ours, what they're looking, or service levels, the way they've managed the risk, their clientele doesn't match up our price points, etcetera.  So therefore, we've focused our cash on returning it to shareholders.  We have regular dividend program in

place where we look at payback ratios and the yields, and that's typically visited on an annual basis.  And you see we have a good history on increasing that dividend over the years.

You know, second to that, we do buy back stock, and we've typically done that quarter in, quarter out.  We'd buy in the open market.  We've had a couple of tender offers over the course of our history.  We've put a 10b51 plan in place during our blackout (periods) to make sure we catch stocks on any dip during that particular period.  So we have a good history of doing that.

I think in answering your question, some question has been asked, you know, do you think it's a good opportunity to buy today?  Well, we thought it was a good opportunity on the second quarter dip down to 100, you can probably assume we think it's a good opportunity to buy at this current price level.

And if you look at outside just pure cash flow is the strength of the balance sheet.  So, obviously the balance sheet's still strong.  There's reasons for that.  Our insurance carriers both on the comp and the health side up to the strength of the balance sheet as our wherewithal to make claim payments.  We can negotiate very low admin fees with these carriers because of the strength of the balance sheet.  I think we had a little less than one churn of debt on EBITDA.  We ended the third quarter.  So, still conservative.  And there's probably still room to leverage the balance sheet also should we care to do so.

(Andrew):       No, that's wonderful.  And just one last question and then I'll go back to back to the queue, is just, you know, and that's great in terms of the share buybacks.  In terms of the big question that we hear, is kind of, you know, what will be the counterpoint to the argument that, you know, maybe you guys did grow too fast and maybe took on customers that were not the best match, kind of like the example you gave with TriNet?  Just kind of maybe the counterpoint of that where, you know, maybe you guys wouldn't have grown 10 to 15 but it

was pushed maybe by incentives, whatever it may have been, and then now all of a sudden you have these claims that are irregular because you may have taken on customers you otherwise wouldn't.  I mean, kind of like the…

((Crosstalk))

Paul Sarvadi:     Yes.  I think I can dispel that very readily.

You know, we have been growing double digit for a long, long time.  This is not new.  It's kind of the nature of who we are.  We did ramp up a little faster last year, largely due to the addition of our largest customer ever on July 1st last year.  And that was an account that was about 2800 employees.  And that kind of drove - remember I said that, if you look at the growth and the rate of the number of business performance advisors, about two to three quarters out, that's your growth rate in worksite employees, plus or minus the effect of midmarket.

Well, the reason we ramped up to 15%, 17% was largely due to that one large customer.  And what you'll find with large customers is sometimes they're not even on your benefit plan.  And that was the case for this large customer.  So these benefit claims we had this year have nothing to do with going up to 15% unit growth.  You know, we have the processes in place very readily to manage the selection of customers at this rate.

And as I mentioned previously in the call, the other thing that should give you comfort there is every quarter we look back at the claims above $100,000 that occurred in the last quarter, and we check to see what percentage of those claims from new business we brought on in the last six months prior to that.  And historically, the percentage of large claims over 100,000 that were (late) to customers that came on in that previous six months ranges from 3% to 4% of those - the total dollars.

These past two quarters, it was below 3-1/2.  So, not only was it not - I mean, was it in the range, it was even on the lower half of the range, so we know for sure, there wasn't any adverse selection element to what came about here.

Douglas Sharp:    And second to that, if you look at the -- we've talked about it a little earlier -- you look at the participant demographics, age, gender, etcetera, none of that would indicate that the underlying book of business he brought on, (thick) business, and also the underlying claims and sales below this large claim threshold, are running on target for the year.  So it's just these elevated level of large claims in a couple of quarters that drove the 27 million or so above our expectation.

(Andrew):    Wonderful.  That's so helpful.  Thank you guys.

Paul Sarvadi:    Thank you.

Coordinator:    Thank you.  Our next question is coming from the line of (Tyler Hall).  Your line is open.

(Tyler Hall):    Hey.  Thanks for taking my question.  I'd just love to hear you talk a little bit more about how you think about sort of pricing elasticity.  Like, obviously, you know, is there sort of room to flex price and correspondingly flex unit growth, like if you were to raise prices, you know, are there other sort of growth algorithms that you think about, and how do you sort of manage pricing and unit growth kind of in tandem, (take it to) an outcome?

Paul Sarvadi:    Yes, absolutely.  We, you know, like we say, there's - when I talk about pricing, I'm talking about all-in pricing that's a composite of pricing, each of these allocations within a customer's account that relate to each employee.  And having that ability to direct a pricing policy is really critical, and, you

know, that's one reason that having a benefit plan structured this way puts us in control of that where we're able to optimize pricing on a customer by customer basis.

And so what we've seen most recently is that we do have plenty of pricing strengths on both the mark-up component, which is one of those three components to gross profit, one of the - is the biggest one.  And then also we feel very comfortable with the level of pricing strength we have surrounding the benefit programs.  You know, we're well below what the market - what our customer would get in the marketplace without us, and we're able to, you know, explain these increases.

You know, in actuality, even though I hate this kind of situation, we're actually able to go back to our customer base and say "You may have heard this is what happened recently.  This is what we, you know, we took out the volatility for you.  You know, when we do that, you're going to get hit with it once in a while.  Yes, we did.  But we stood in the gap for you, here's your rate increase, four, five, or whatever."  And it actually helps to build the argument of how this relationship works and, you know, aggregating our customer base together on this common platform.

(Tyler Hall):     That's really helpful and that's a great point.  And look, maybe just back on the medical claims, like, so I definitely kind of get that there doesn't seem to be an adverse selection in kind of new customers.  I guess, you know, how do you think about like I could sort of imagine a scenario where, as you know, that you've been kind of incrementally offering more kind of high deductible plans and things like that and incrementally pushing a lot of the existing base towards that over time, similar to a lot of the industry.  Like, how do you get comfortable that, as you migrate more towards higher deductible in similar plans, that you don't inadvertently kind of, whatever, adversely select for the sort of person who knows that they might be at risk of having a larger claim

above that higher deductible and sort of pushing out to people who don't think they're at that sort of risk?  Like, how do you look at that?  Are you comfortable that that's not what's going on?

Paul Sarvadi:    Yes, that's good.  It's important - you know, that's where that overall programmatic demographic review on age, gender, dependents, all those kind of things, you know, weigh in.

But I think also on that front, I think you have to look at the nature of the claims themselves.  And, you know, if you have claims that are like, you know, blood-related or, you know, things of that nature where you have really large ongoing, recurring nature to them.  And that's not what we had here.  You know, we had, you know, heart, you know, birth, you know, premature birth type claims, accident claims.  You know, you talk about claims that are not long, recurring type, you know, blood or, you know, kidney, those type of things, claims, stuff like that.  So, you know, it was the nature of the claims that lead us not to believe that as well.

(Tyler Hall):    Yes, that makes sense.  Thank you.

Coordinator:    Thank you.  Once again for participants, if you would like to ask a question, please press star 1 now.  Thank you.

Tobey Sommer:    Paul and Doug, maybe I can slip in a couple here and see if some more questions are in the queue.  Could you talk about the midmarket and the pipeline and opportunity there, and maybe through the lens of your WO offering and how that might amplify the opportunity?  Thanks.

Paul Sarvadi:    Yes, absolutely.  You know, midmarket, we've continued to have really good success there, but - and I mentioned this on the call and it's worth covering it again, because on the growth side, you know, we expect it to be at about 15%

growth for the year.  We started at 15, driven mostly by that large account, and you're going up from the, you know, 12 to 13 we expected last year, up to 15 because of the large count, I thought we could maintain it, even though our growth in the number of BPAs had lagged down to the 10%, 11%.  It's back up in the 13% now.  But we had a quarter there, and this is not unusual at the beginning of the year to have your lowest point because at the beginning of the year, if people didn't make it in the fall campaign, we'll usually won't bring them to the national sales convention, and so that's always your low point.  But it dipped down to the 10% to 11%.

But at that point, we had had such a good year in midmarket last year, I thought the midmarket could make up for that difference as the year progressed.  And the bottom line was we sold enough accounts to make up the difference but the average size was lower than it was last year.  And we ended up with a shortfall in the last two months of the third quarter on paid worksite employees from sales.

So if you look at the total amount that we were under from being at 15% for the year, now we think it's going to be 13, half of that was from the net change in existing clients being a little lower than what we budgeted and forecasted as the year progressed, and the other half came from that shortfall in the last two months of the quarter, driven by, you know, not having to the BPA count up high enough early in the year and not offsetting it with midmarket accounts.

However, it was the average size, not the number of accounts that made the difference, and we have a great pipeline of midmarket accounts.  We're out there continuing to have success there.  And we expect that to be a considerable driver, one of those things that, you know, changes all the time.  You know, you sell a couple of large ones.  You know, it's still lumpy because it's the newer part of our business, so we kind of have to recognize that.  But no, it gives us a lot of optimism about the future.  We're getting better and

better at finding the right prospects and closing those, the BPA channel was bringing in a lot of opportunities on an ongoing basis.  And we will start to really scale that business.  And you'll see more consistency as we scale it.

Tobey Sommer:    And I'll ask one more question and we'll go back to the queue.  We're two-thirds, maybe even three-quarters of the way through your fourth quarter selling season.  How is it going?  How do you feel that the company is positioned for 2020 growth?

Paul Sarvadi:    Yes.  You know, at this point, in any fall campaign, what you've got to make sure is that you have enough activity, that you've elevated, you know, early in the campaign, so that you have enough opportunities to hit your targets.  And, you know, we're in great shape there, the campaign is going well, people are fired up and doing what they're supposed to be doing.  You know, there's two sides of the campaign.  That's the selling of new business and the retention.  We have some insight to that as well.  But it is, you know, it is a point of churn at the end of the year and you don't have it all in till you have it all in.  So, you know, we're never comfortable around here till we get to the, you know, last day or the fall campaign.

But no, it's going very well, you know, in the core, in midmarket, new and renewing.  You know, we feel good about where we are.

Tobey Sommer:    Thank you.  (Jake), maybe we could go back to the queue.

Coordinator:    Thank you.  Our next question is from (Chris Ericson).  Your line is open.

(Chris Ericson):    Hi.  Thanks for taking the time for the call today.  I guess, since you mentioned TriNet, can you just talk about why you're growing so much faster than them?  And then on your 10% to 15% WC growth algorithm, what's the mix between kind of clients that are new to PEO, takeaways from existing

PEO customers at other providers, and then the hiring at new clients, and what are you seeing on that kind of hiring at new client component of the growth model? Thank you.

Paul Sarvadi: Yes, absolutely. So, you know, again, our growth related to TriNet, kind of, you know, TriNet had come through a period of kind of repricing, doing a lot of things. So they just have kind of gone from declining to starting to grow again, which is great. You know, we like to see the industry growing, so they're in low single digit type growth range, and hopefully they'll ramp up. But our model is really based on that number of BPAs. So if you look back kind of the TriNet's growth in the sales force, they kind of let that stagnate while they were, you know, repricing, which I understand that, you know, from a business perspective.

But we are committed to continually growing that base of business performance advisors as the front of the ship to keep the growth rate up in the double digit range. And we're capable of doing that. And, you know, so that's the ongoing plan.

As far as the, you know, if you look at the 10% to 15% unit growth, what happens is, if you grow the BPA to 10% to 15%, over the course of the year our normal, you know, attrition will be offset by growth in the client base. And so the way our attrition pattern works is that, you know, once you get through the December to February period, we typically have around 8% of the customer base go away 8% or 9% during that period of time, and the churn period. And then you have less than 1% a month, you know, 0.6 or 0.7, you know, go away, and you have about that rate of growth in the client base.

Although what we've seen more recently, it's been pretty choppy in the growth in the client base, mostly because of the difficulty in finding qualified

employees.  So we have one month good, one month not so good.  It really kind of boiled down to it's been pretty hard to find people.

(Chris Ericson):    Thank you.

Coordinator:    Thank you.  We also have a question coming from the line of (Dylan Edelman).  Your line is open.

(Dylan Edelman):    Hi guys.  I've got a question about margins.  So, as you've noted, you've growth worksite employees continuously over the last two decades really.  But looking over that longer period, it seems like you've struggled to hold up margins during more volatile times.  For example, from 2008 to 2009, that margin fell from 2.7% down to about 1%, and you didn't actually recover to that net margin until around the 2017 to 2018 period.

So I guess my question is really, because margins are at an all-time high, and there has been a history of operating leverage going in reverse against you, is there any reason for us to think that this time should be different?  If we run into another 2008, that your cost structure won't balloon and cause this kind of margin pressure?

Paul Sarvadi:    Yes, that's a great question, just talk a little bit about the 2008-2009 period because some unique things happened there.  And we also have kind of modeled through, you know, what would happen if you see a recession, and I can kind of comment on that as well.

But the uniqueness about the '08-'09 period are two things.  One, you know, that was more what we call financial crisis than just a recession.  And you may recall that congress during that period passed a law to offer COBRA coverage to all employees that had terminated over the last 12 months.  You got a second chance to sign on for COBRA coverage.

Back at that point we went from about a $98 million adjusted EBITDA number to about 50, from one year to the next.  And fully half of that related to that one change that the government made.  And the reason that we couldn't offset that was because they, you know, we had no way to calculate how much that was going to cost in order to pass it on to clients.  You know, you didn't know how many COBRA - how many people would take the new coverage, and it was being subsidized.  So that meant likely those COBRA participants wouldn't look the same as our normal COBRA participants.

So, just to briefly tell you, we went from 3.6% of our participants being on COBRA to 7.2.  So it doubled over that period.  And we didn't know what the average cost will be.  The average cost of a COBRA participant prior to that is typically, you know, over 2, 2.2 or 2.3 times a normal participant.  And the premium you can charge is capped at 104% of the average premium, or the average allocation.

So what happened was that it - so the number of participants doubled and it turned out at the end of the day that the average cost was about 1.8 times.  But now that we've had that experience, under our contract, it allows for us to pass on any cost that relate to a change, a statutory change, that our customers would have been subject to.  And so now that we can quantify that change, we would not see that half of the, you know, or that half of the decline, we don't believe that would recur.  We would be able to manage that differently and price it in.

Now the second half of the loss came from lay-offs exceeding new hires in the client base running for a full year plus a few months, you know, from about the fall of '08 through the first quarter of 2010 you had layoffs exceeding new hires.  And that normally hits hard in the first few months and then lingers for a length of time.  We saw our customer base go from 121,000 worksite

employees to 103 over that period.  And the one thing we would do differently, we didn't have a layoff internally to match the size of our employee base to the size of our client base until I guess it was finally executed in January of 2010.

And so we would, you know, we would, in our modeling, we would react quicker on that front based on the early indicators how - what the clients are doing.  However, I don't think that would - we would offset - that we would actually take that savings generated from reacting a little quicker to matching up the workforce to the size of the customer base.  But the other thing we would do differently in a recession is we would continue to increase the number of business performance advisors and we expect that would have, you know, because it's still highly accretive during that period, and we would expect to see not only do you, you know, even though the sales efficiency is lower during those times, it still is a benefit, and you come out much faster on the other side.

So the other thing about your question though when you look back that far, when we came through that '08, '09, '10 period, right after that, we actually did some reinventing of the business model.  We rebranded the company.  We worked on the sales motion to be able to try to sell more things other than just our core Workforce Optimization product.  And during that retooling period, we did not, you know, we did some things differently during that period until we got into the ramping up of growth again.

So we have some unique things going back on the margin front.  Sure we can have things affect margin as you go forward, but not back to the levels you saw back there.

Coordinator:    Thank you.  At this time we don't have any questions on queue.  Speakers, you may proceed.

Tobey Sommer:    Well, Paul and Doug, thank you very much for taking the time to speak with all of us today.  We really appreciate it, and good luck with closing out the fall campaign and starting 2020.

Paul Sarvadi:    Once again, thank you, Tobey, for putting all this together, and thank you all for participating on the call.

Douglas Sharp:    All right.  Thank you very much.  See you guys.

Paul Sarvadi:    Bye-bye.

Coordinator:    Thank you everyone.  And that concludes today's call.  Thank you all for joining.  You may now disconnect.

END

**Valuation and Risks**
**NSP Valuation:**

We value Insperity shares based on two methods: (1) Price/Earnings multiple; and (2) Enterprise Value multiple:

**Price to Earnings Multiple** – Insperity currently trades at approximately 17.9x multiple to our 2019 adjusted EPS estimate of $4.18 vs. the stock's historical average multiple of 24.1x. As the number of Insperity's WSEEs continues to increase, we believe the current P/E multiple will increase to ~21x in the next twelve months. Based on our 2021 adjusted EPS estimate of $6.00 and a 21.3x multiple, we arrive at a valuation of $128.

**Enterprise Value Multiple** – We expect Insperity to generate adjusted EBITDA of approximately $251M in 2019E, and NSP shares currently trade at an 12.5x EV/2019 EBITDA multiple. NSP's human capital / staffing peers trade at an average of 10.6x EV/2019 EBITDA while NSP's 10-year historical forward average is 9.7x. NSP's more direct peers in the PEO industry currently trade at ~17x 2019E EBITDA. We use a 14.9x EV/2020 EBITDA multiple including free cash flow. Using our estimated 2021 adjusted EBITDA estimate of $339M and a 14.9x multiple, we arrive at an estimated value of $128.

**Valuation Summary** – We expect that growth in WSEs and positive trends in margin should continue to occur in 2020. Using the two valuation methodologies, we set our price target at $128.

**Risks to Our Rating and Price Target:**
- Changes in the macro environment and labor markets may adversely impact the company's ability to add WSEs.
- Extensions of COBRA, or changes in the regulatory environment with regard to the labor markets could impact profitability.
- The company's ability to add new clients may be impacted by sales force turnover, or macroeconomic challenges.

## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 11/26/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 409 | 60.95% | Buy | 113 | 27.63% |
| Hold | 254 | 37.85% | Hold | 39 | 15.35% |
| Sell | 8 | 1.19% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070