UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING TRADES PENSION FUND OF WESTERN PENNSYLVANIA, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>INSPERITY, INC., PAUL J. SARVADI, and DOUGLAS S. SHARP,<br><br>Defendants. | Case No. 1:20-cv-05635-NRB |

**DECLARATION OF AMY PHARR HEFLEY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S CORRECTED AMENDED COMPLAINT**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P, which is counsel of record for Defendants Insperity, Inc. ("Insperity"), Paul J. Sarvadi, and Douglas S. Sharp in the above-styled cause of action.

2.      I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 12** is a true and correct copy of the transcript of Insperity's Q1 2019 earnings call dated April 29, 2019.

4.      Attached as **Exhibit 13** is a true and correct copy of the transcript of Insperity's Q4 2019 earnings call dated February 11, 2020.

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2021.

_____
Amy Pharr Hefley