**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
BUILDING TRADES PENSION FUND OF
WESTERN PENNSYLVANIA, Individually and
on Behalf of All Others Similarly Situated,

                    Plaintiff,

      -against-                                    20 **CIVIL** 5635 (NRB)

                                                          **<u>JUDGMENT</u>**

INSPERITY, INC., PAUL J. SARVARDI, and
DOUGLAS S. SHARP,

                    Defendants.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 15, 2022, defendants' motion to dismiss is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     March 15, 2022

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                         **BY:**     *K. Mango*
                                                     **Deputy Clerk**