

**Investor.gov**

**U.S. SECURITIES AND EXCHANGE COMMISSION**

# Form 10-K

The federal securities laws require publicly reporting companies to disclose information on an ongoing basis. For example, domestic companies must submit annual reports on Form 10-K, quarterly reports on Form 10-Q (/additional-resources/general-resources/glossary/form-10-q) , and current reports on Form 8-K (/additional-resources/general-resources/glossary/form-8-k)  for a number of specified events and must comply with a variety of other disclosure requirements.

The annual report on Form 10-K provides a comprehensive overview of the company's business and financial condition and includes audited financial statements. Although similarly named, the annual report on Form 10-K is distinct from the "annual report to shareholders (/additional-resources/general-resources/glossary/annual-report) ," which a company must send to its shareholders when it holds an annual meeting to elect directors.

Following are the deadlines for companies to file Forms 10-K and 10-Q:



| Category of Filer (public float) |
| --- |
| Revised Deadlines For Filing Periodic Reports |

| Form 10-K Deadline |
| --- |
| Form 10-Q Deadline |

Cited in Bldg Trades Pension Fund of W Pa Inperity Inc. 20Cv5635 Decided 3/15/2022 Archived on 3/18/22 This document is protected by copyright. Further reproduction is prohibited without permission.



Cited in Bldg Trades Pension Fund of W.Pa v Insperity Inc
20Civ5635 Decided 3/15/22
Archived on 3/18/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

To find a particular company's Form 10-K filings, use the Company Search for the SEC's EDGAR database (http://www.sec.gov/edgar/searchedgar/companysearch.html) .  On the returned listing of filings for the company, enter "10-K" in the Filing Type box near the top of the page to filter for only Forms 10-K that have been filed. To see a blank version of the form (with instructions), you can download this PDF version (http://www.sec.gov/about/forms/form10-k.pdf) .

*Learn more* (/news-alerts/investor-bulletins/how-read-10-k) .

Cited in Bldg Trades Pension Fund of W.Pa v Insperity Inc
20Civ5635 Decided 3/15/22

Archived on 3/18/22

This document is protected by copyright.
Further reproduction is prohibited without permission.